UNITED STATES DISTRICT COURT
for the
Northern District of Georgia
Atlanta Division



FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAY 05 2023

KEVIN P. WEIMER, Clerk
By: ___ Deputy Clerk

UNITED STATES OF AMERICA
Plaintiff,

v.                    Case Number: 1:23-CR-0131TCB

KAYRICKA WORTHAM A.K.A
Defendant.
KAYRICKA DUPREE  A.K.A
KAYRICKA YOUNG

NOTICE of REPENTANCE and RESCISSION of SIGNATURE

# NOTICE of REPENTANCE and RESCISSION of SIGNATURE

NOTICE TO ANY PRINCIPAL (*Superior Commander*) IS NOTICE TO ALL AGENTS (*subordinates*) NOTICE TO AGENTS (*Subordinates*) IS NOTICE TO ALL AGENTS (*Superior Commanders*)

RE: CASE NO. 1:23-CR-0131

Before God is my witness, I, *kayricka:* a living flesh and blood [wo]man hereby state, due to being coerced I repent and rescind my signature on the plea of "Not Guilty".

I was coerced into pleading "Not guilty". I do not enter a plea of "Guilty", "Not Guilty" or "No Contest". I do not plead.

I am uncomfortable, but not unconscious. I am competent and an adult and I do not agree to, nor do I grant my consent for, any plea to be entered on my behalf in this matter.

[CRUDEN v. NEALE, 2 N.C. 338 (1796) 2 S.E. 70 That was the Supreme Court of North Carolina in the year of 1796 stating that no man is bound to any law without the MAJORITY CONSENT of the fellow men of his country, as pursuant to a lawful democratic process. Even then individual consent is necessary].

All autographs of Affiant, acting under the influence of semantic deceit and non-disclosure are rescinded, *nunc pro tunc.*

I *kayricka*: victim, hereby make an official oath and affirm before God, proceeding in good faith, being of sound mind, competent, and an adult living flesh and blood [wo]man, having firsthand knowledge, state the facts contained herein are true, correct, and complete and not misleading under the authority of God, so help me almighty God.

    Respectfully issued Without
    prejudice,

By: *[signature: Kayuka]*
*kayricka*: Self-aware, living [wo]man
*attorney in fact.*
all rights reserved

**Acknowledgment for an Individual**

State of Georgia
County of __Clayton__

This record was acknowledged before me on __5/1/2023__
                                              Date

by ___Kayricka Wortham___,
   Printed name of individual signing document

who is

____ personally known

or

__X__ proved to me on the basis of satisfactory evidence to be the person

who appeared before me.

_C. Olivia Ricard_
(signature of notary public)

Notary Public, State of Georgia                    Stamp/Seal

My commission expires: __2-12-23__

[Notary Seal: C. OLIVIA RICARD, NOTARY PUBLIC, HENRY COUNTY, GEORGIA, My Comm. Expires FEBRUARY 12, 2027]