IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | Case No. 1:23-CR-131-TCB-RDC-1 |
| BRITTANY HUDSON. | ) | |
| _____ | ) | |

## CONSENT
## MOTION TO CONTINUE
## PRETRIAL CONFERENCE AND MOTIONS DUE DATE

COMES NOW the Defendant, BRITTANY HUDSON, and moves this Honorable Court to continue her motions deadline and continue her pretrial conference, currently set for May 16, 2022, at 1:00pm, for thirty (30) days. In support of this request, Ms. Hudson shows as follows:

1.

Ms. Hudson is charged in the above-styled indictment with twenty-four (24) counts including conspiracy to commit wire fraud, substantive wire fraud counts, money laundering, a second wire fraud conspiracy with substantive wire fraud counts, forgery of a federal judge's signature and seal of the court, and aiding and abetting, in violation of Title 18 U.S.C. §§ 1349, 1343, 1957, 505 and 2. (Doc. 1).

2.

While some Rule 16 discovery materials have been provided to the defense,

additional Rule 16 materials remain outstanding and still need to be provided to Ms. Hudson. Ms. Hudson and her counsel require additional time to receive, review and discuss the discovery and to prepare pretrial motions in this case.

3.

Counsel for the government, AUSA Stephen McClain, consents to this request.

4.

The Defendant recognizes and *agrees* that the continuance requested pursuant to this request serves the best ends of Justice, is in the interest of the Defendant and the public and is excluded under the Speedy Trial Act, Title 18 U.S.C. § 3161(h).

WHEREBY, BRITTANY HUDSON requests that her pretrial conference and motions deadline be continued for at least thirty (30) days and scheduled for a

date convenient to the Court and all the parties.

Dated: This 11th day of May, 2023 .

Respectfully submitted,

 s/ *L. Burton Finlayson*
L. BURTON FINLAYSON
Attorney For BRITTANY HUDSON.
Georgia Bar Number: 261460

LAW OFFICE OF
L. BURTON FINLAYSON, LLC
931 Ponce de Leon Avenue, NE
Atlanta, Georgia 30306
(404) 872-0560
lbfcourts@aol.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day electronically served the foregoing Motion to Continue Pretrial Conference and Motions Date by filing said in CM/ECF with automatic electronic service upon all parties including the following:

>Norman Barnett and Stephen McClain
>ASSISTANT UNITED STATES ATTORNEYS
>600 U.S. Courthouse
>75 Ted Turner Drive, SW
>Atlanta, Georgia 30303

This 11th day of May, 2023.

>**s/ *L. Burton Finlayson***
>L. BURTON FINLAYSON
>Attorney For BRITTANY HUDSON.