IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>BRITTANY HUDSON,<br>KAYRICKA WORTHAM,<br><br>　　Defendants. | CRIMINAL ACTION NO.<br>1:23-cr-00131-TCB-RDC |

## **ORDER**

Defendant Brittany Hudson has filed a Motion to Continue Pretrial Conference [Doc. 18]. The government does not object. Defendant Brittany Hudson's motion is **GRANTED**. The Pretrial Conference, as to all defendants, is hereby rescheduled for **Tuesday, June 27, 2023 at 11:00 a.m.**[1] Pretrial motions shall be due on or before **June 20, 2023**.

The delay between the original and the rescheduled pretrial conference shall be excluded from Speedy Trial Act calculations because the Court finds that the reason for the delay was for good cause, as defense counsel needs additional time

---

[1] The Pretrial Conference will be conducted by video using the Zoom platform. The Court will send instructions to all parties via email prior to the hearing.

to receive, review and discuss discovery, and to determine what potential pretrial motions to file. The interests of justice in granting the continuance outweigh the public's and the defendants' rights to a speedy trial. 18 U.S.C. § 3161, *et seq.* The clerk is DIRECTED to exclude time from computation under the Speedy Trial Act pursuant to Title 18, United States Code, Section 3161(h)(7)(A) & (B)(i).

IT IS SO **ORDERED** on this 11th day of May, 2023.

                                                  REGINA D. CANNON
                                                  United States Magistrate Judge