IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | 1:23-CR-131-01 (TCB)(RDC) |
| | ) | |
| BRITTANY HUDSON. | ) | |
| _____ | ) | |

**MOTION TO SUPPRESS**

NOW COMES DEFENDANT BRITTANY HUDSON, by and through the undersigned attorney, and moves this Honorable Court to hold a hearing to determine the admissibility of evidence seized from the Defendant and her vehicle which the government intends to introduce at trial. The search of Ms. Hudson and her vehicle were conducted without a search warrant. Ms. Hudson requests that all such evidence be suppressed as the "fruit" of an illegal search and seizure of her vehicle and her person. Ms. Hudson's detention, arrest and the subsequent searches were made in violation of the Fourth Amendment. In support of this motion Ms. Hudson shows as follows:

1.

Brittany Hudson is charged in the above-styled indictment in Count 1 with conspiracy to commit wire fraud upon Amazon, Inc. in violation of Title 18 USC

§§ 1343 and 1349.  Counts 2 through 14 charge substantive acts of wire fraud alleging payments from Amazon to various bank accounts controlled by or associated with Ms. Hudson, in violation of 18 USC §§ 1343 and 2.  Counts 15 through 20 charge Ms. Hudson with substantive money laundering transactions in amounts over $10,000, involving the alleged Amazon fraud proceeds, in violation of 18 USC §§ 1957 and 2.  Count 21 charges Ms. Hudson with conspiracy to commit wire fraud upon the CRU Franchising Company, LLC, (operating as "CRU" and "CRU Hemp Lounge,") in violation of 18 USC §§ 1343 and 1349.  Counts 22 and 23 charge substantive acts of wire fraud involving emails allegedly sent by Ms. Hudson to representatives of CRU, in violation of 18 USC §§ 1343 and 2.  Count 24 does not charge Ms. Hudson.  Count 25 charges Ms. Hudson with forgery of the signature of a federal judge [Chief Judge TIMOTHY C. BATTEN, SR.], and forgery of the seal of the court, in violation of 18 USC §§ 505 and 2.  (Doc. 1).  Ms. Hudson has entered a plea of "not guilty" to all counts.  (Doc. 8-1).

2.

On January 27, 2023, Secret Service special agent MATHEW OLTMAN and other government agents arrested Brittany Hudson at 620 Glenn Iris Drive, Unit #101, Atlanta, Georgia. At some point on this date, agents searched Ms.

Hudson's vehicle, a 2020 Dodge Powerwagon, and her person. Agents lacked a search warrant for either of these searches.

3.

As a result of these warrantless searches, agents seized Ms. Hudson's cell phone, laptop computer, personal tablet, personal and business papers and other items.

4.

It is well settled that seizures and "searches undertaken without a warrant issued upon probable cause are '*per se* unreasonable ... subject only to a few specifically established and well-delineated exceptions.'" *United States v. Alexander*, 835 F.2d 1406, 1408 (11th Cir. 1988)(quoting *Katz v. United States*, 389 U.S. 347, 357 (1967)). In the instant case, even before the Court gets to the constitutionality of the searches, the Government must establish that the initial seizure, arrest or detention of Ms. Hudson were lawful.

5.

The warrantless searches and seizures of Ms. Hudson, her vehicle and her belongings were unreasonable and violated the Fourth Amendment. U.S. CONST. Amend. IV. All evidence arising from these Fourth Amendment violations, including, but not limited to Ms. Hudson's statements and any evidence seized

from her person, her vehicle and her cell phone and other electronic storage devices, and all evidence derived subsequently, must be suppressed as "fruit of the poisonous tree." *Wong Sun v. United States*, 371 U.S. 471 (1963).

6.

While there are some exceptions to the warrant requirement, there is no evidence here to establish there were circumstances in existence which would have brought the searches and seizures conducted in this case within one of those "specifically established and well-delineated exceptions." *United States v. Alexander*, 835 F.2d 1406, 1408 (11th Cir. 1988)(quoting *Katz v. United States*, 389 U.S. 347, 357 (1967)).

WHEREFORE, Brittany Hudson respectfully requests that the Court issue an order granting her an **evidentiary hearing** at which the Government should be required to meet its burden and show cause why the relief sought by her should not be granted; that Ms. Hudson be allowed to brief this matter further following the evidentiary hearing; and that the Court ultimately issue an order suppressing all illegally or unconstitutionally-seized or obtained evidence and any reference

thereto from Ms. Hudson's trial.

Dated: This 20th day of June, 2023.

Respectfully submitted,

 s/ *L. Burton Finlayson*
L. BURTON FINLAYSON
Attorney For BRITTANY HUDSON
Georgia Bar Number: 261460

LAW OFFICE OF
L. BURTON FINLAYSON
ATTORNEY AT LAW
931 Ponce de Leon Avenue, NE
Atlanta, Georgia 30306
(404) 872-0560
lbfcourts@aol.com

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served the foregoing motion by filing same in the CM / ECF filing system which will deliver a copy to all counsel of record including the following:

>Mr. Stephen McCain, and
>Mr. Norman Barnett
>Assistant United States Attorneys
>600 United States Courthouse
>75 Ted Turner Drive, S. W.
>Atlanta, Georgia 30303.

DATED: This 20TH day of June, 2023.

    s/ *L. Burton Finlayson*
L. BURTON FINLAYSON
ATTORNEY FOR BRITTANY HUDSON
State Bar Number: 261460