IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | 1:23-CR-131-01 (TCB)(RDC) |
| | ) | |
| BRITTANY HUDSON. | ) | |
| _____ | ) | |

## MOTION TO DISMISS INDICTMENT
## FOR SPEEDY TRIAL VIOLATION

NOW COMES DEFENDANT BRITTANY HUDSON, by and through the
undersigned attorney, and moves this Honorable Court pursuant to Title 18 §3161
(b) and Federal Rule 12 of Criminal Procedure, to dismiss the above-styled
indictment as the government failed to indict her within the 30 days required by
statute.  In support of this motion Ms. Hudson shows as follows:

1.

On January 27, 2023, Secret Service and other government agents arrested
Ms. Hudson in Atlanta, Georgia.  On February 1, 2023, Magistrate Judge Vineyard
found there was probable cause that Ms. Hudson had committed several new
offenses.  Specifically, Judge Vineyard found the following:

> [T]he government presented evidence to establish
> probable cause that following her release on bond,
> Hudson committed, at least, the offenses of wire fraud,

aggravated identity theft, and counterfeiting signatures
of a judge and court officers in connection with
attempting to obtain a franchise for a hookah lounge.

In particular, the evidence established probable cause
that Hudson and an accomplice transmitted by email in
interstate commerce altered bank records that grossly
inflated the amounts in certain bank accounts and forged
court documents that used the signatures of a judge and
court employees to falsely represent the status of the
charges against her in this case to influence the actions
of the company from which she and her accomplice
were attempting to obtain the franchise.

(See Case 1:22-cr-00362-TCB (Doc. 13, filed 02/02/23 Page 1 of 2.)

2.

Based upon the government's showing of probable cause, Judge Vineyard

revoked Ms. Hudson's bond, and she has been held in federal custody since.

3.

On April 19, 2023, the government obtained the indictment in this case.

Brittany Hudson is charged in Count 1 with conspiracy to commit wire fraud upon

Amazon, Inc. in violation of Title 18 USC §§ 1343 and 1349. Counts 2 through

14 charge substantive acts of wire fraud alleging payments from Amazon to

various bank accounts controlled by or associated with Ms. Hudson, in violation

of 18 USC §§ 1343 and 2. Counts 15 through 20 charge Ms. Hudson with

substantive money laundering transactions in amounts over $10,000, involving the

alleged Amazon fraud proceeds, in violation of 18 USC §§ 1957 and 2.  Count 21

charges Ms. Hudson with conspiracy to commit wire fraud upon the CRU

Franchising Company, LLC, (operating as "CRU" and "CRU Hemp Lounge,") in

violation of 18 USC §§ 1343 and 1349.  Counts 22 and 23 charge substantive acts

of wire fraud involving emails allegedly sent by Ms. Hudson to representatives of

CRU, in violation of 18 USC §§ 1343 and 2.  Count 24 does not charge Ms.

Hudson.  Count 25 charges Ms. Hudson with forgery of the signature of a federal

judge [Chief Judge TIMOTHY C. BATTEN, SR.], and forgery of the seal of the

court, in violation of 18 USC §§ 505 and 2.  (Doc. 1).  Ms. Hudson has entered a

plea of "not guilty" to all counts.  (Doc. 8-1).

4.

Title 18 USC §3161 reads as follows:

§ 3161. Time limits and exclusions

(a) In any case involving a defendant charged with an
offense, the appropriate judicial officer, at the earliest
practicable time, shall, after consultation with the
counsel for the defendant and the attorney for the
Government, set the case for trial on a day certain, or list
it for trial on a weekly or other short-term trial calendar
at a place within the judicial district, so as to assure a
speedy trial.

(b) **Any information or indictment charging an
individual with the commission of an offense shall be**

**filed within thirty days from the date on which such
individual was arrested or served with a summons in
connection with such charges.** If an individual has been
charged with a felony in a district in which no grand jury
has been in session during such thirty-day period, the
period of time for filing of the indictment shall be
extended an additional thirty days.

Id. (Emphasis added).

5.

Ms. Hudson should have been indicted no later than February 27, 2023.

Ms. Hudson's indictment must be dismissed. *United States v. Williams,* 314 F.3d

552, 557 (11th Cir. 2002). In *Williams,* the Eleventh Circuit held,

If an indictment is not filed within the Act's time limit,
the charges against the individual that were contained in
the criminal complaint "shall be dismissed." 18 U.S.C. §
3162(a)(1); see also *United States v. Derose*, 74 F.3d
1177, 1183 (11th Cir. 1996). . . .

The court must then determine whether to dismiss the
charges in the complaint with or without prejudice. In
making this decision, the court considers three statutory
factors: (1) the seriousness of the offense; (2) the facts
and circumstances of the case which led to the dismissal;
and (3) the impact of a reprosecution on the
administration of the Act and on the administration of
justice. *Id.*; *United States v. Russo*, 741 F.2d 1264, 1267
(11th Cir. 1984). "Where the crime charged is serious,
the court should dismiss [with prejudice] only for a
correspondingly severe delay." *Russo*, 741 F.2d at 1267.
But at some point, "the length of delay can sometimes be
enough, by itself, to justify dismissal with prejudice."

4

*Godoy*, 821 F.2d at 1506 n.2.

*United States v. Williams,* 314 F.3d at 557.

WHEREBY BRITTANY HUDSON requests that this Honorable Court grant her motion and dismiss the indictment against her.  Ms. Hudson requests that the dismissal be granted with prejudice.

Dated:  This 20th day of June, 2023.

Respectfully submitted,

 s/ *L. Burton Finlayson*
L. BURTON FINLAYSON
Attorney For BRITTANY HUDSON
Georgia Bar Number: 261460

LAW OFFICE OF
L. BURTON FINLAYSON
ATTORNEY AT LAW
931 Ponce de Leon Avenue, NE
Atlanta, Georgia 30306
(404) 872-0560
lbfcourts@aol.com

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served the foregoing motion

by filing same in the CM / ECF filing system which will deliver a copy to all

counsel of record including the following:

> Mr. Stephen McClain, and
> Mr. Norman Barnett
> Assistant United States Attorneys
> 600 United States Courthouse
> 75 Ted Turner Drive, S. W.
> Atlanta, Georgia  30303.

DATED:  This 20TH day of June, 2023.

> *s/ L. Burton Finlayson*
> L. BURTON FINLAYSON
> ATTORNEY FOR BRITTANY HUDSON
> State Bar Number: 261460