IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

UNITED STATES OF AMERICA    )
    )
    v.    )
    )    1:23-CR-131-01 (TCB)(RDC)
    )
BRITTANY HUDSON.    )
_____    )

**MOTION TO SEVER DEFENDANTS**

NOW COMES DEFENDANT BRITTANY HUDSON, by and through the undersigned attorney, and moves this Honorable Court pursuant to Federal Rules of Criminal Procedure 14 and 12(b)(5), to sever the trial of her case from that of her codefendant, KARICKA WORTHAM.  In support of this motion Ms. Hudson shows as follows:

1.

Brittany Hudson is charged in the above-styled indictment in Count 1 with conspiracy to commit wire fraud upon Amazon, Inc. in violation of Title 18 USC §§ 1343 and 1349.  Counts 2 through 14 charge substantive acts of wire fraud alleging payments from Amazon to various bank accounts controlled by or associated with Ms. Hudson, in violation of 18 USC §§ 1343 and 2.  Counts 15 through 20 charge Ms. Hudson with substantive money laundering transactions in

amounts over $10,000, involving the alleged Amazon fraud proceeds, in violation of 18 USC §§ 1957 and 2. Count 21 charges Ms. Hudson with conspiracy to commit wire fraud upon the CRU Franchising Company, LLC, (operating as "CRU" and "CRU Hemp Lounge,") in violation of 18 USC §§ 1343 and 1349. Counts 22 and 23 charge substantive acts of wire fraud involving emails allegedly sent by Ms. Hudson to representatives of CRU, in violation of 18 USC §§ 1343 and 2. Count 24 does not charge Ms. Hudson. Count 25 charges Ms. Hudson with forgery of the signature of a federal judge [Chief Judge TIMOTHY C. BATTEN, SR.], and forgery of the seal of the court, in violation of 18 USC §§ 505 and 2. (Doc. 1). Ms. Hudson has entered a plea of "not guilty" to all counts. (Doc. 8-1).

2.

KAYRICKA WORTHAM is named, but not charged, as a coconspirator in Counts 1 through 20, the fraud and money laundering counts involving Amazon, Inc. Kayricka Wortham is charged as a codefendant with Ms. Hudson in Counts 21, 22 and 23, which involve the attempted purchase of a CRU hookah bar franchise. On November 30, 2022, Ms. Wortham entered a guilty plea in NDGA Case No. 1:22 CR 361 (TCB), to conspiracy to commit wire fraud in violation of 18 USC §§ 1343 and 1349. (*See* 1:22 CR 361(TCB); Docs. 1-2). Ms. Wortham's

guilty plea and relevant conduct include and encompass the same criminal conduct and acts related to the Amazon fraud scheme, for which she is named here in Counts 1 through 14. Ms. Wortham has not been charged with money laundering counts.

3.

Ms. Wortham is representing herself. She has filed numerous *pro se* "sovereign citizen" type pleadings in 1:22 CR 361(TCB) (Docs 51-53), as well as similar documents in this, the above-styled case. (Doc. 20).

4.

Additionally, KAYRICKA WORTHAM has given **statements** which directly and indirectly incriminate BRITTANY HUDSON. Generally, the government will seek to introduce codefendants' statements against a defendant at trial. A problem under *Bruton v. United States*, 391 U.S. 123 (1968), arises in this case if there is a joint trial between the alleged co-conspirators. The Sixth Amendment to the Constitution of the United States guarantees an individual on trial in a criminal case the right to full and effective cross-examination. If this right to confrontation is hindered, then the Court, in his or her sound discretion, must grant a severance. This is particularly true when the government's case against Ms. Hudson includes statements made by Ms. Wortham.

5.

In reviewing motions to sever, courts have acknowledged the problems inherent in the trials of cases involving numerous defendants. In fact, the Supreme Court has recognized that "the liberal rules of evidence and the wide latitude accorded the prosecution may, and sometimes do, operate unfairly against an individual defendant...." *Glasser v. United States*, 315 U.S. 60, 76 (1942). *See also Spencer v. Texas*, 385 U.S. 554 (1967).

6.

Ms. Hudson further objects to a joint-trial due to the danger of transference of guilt and the very real danger of a transference of frustration, irritation and outright jury-hatred, which will occur if she is forced to go to trial with Ms. Wortham, who will be representing herself and utilizing "sovereign citizen" tactics. Thus, Brittany Hudson requests that this Court use every safeguard to individualize and protect her." *Kotteakos v. United States*, 328 U.S. 750, 774 (1946). See *Blumenthal v. United States*, 332 U.S. 539, 599-60 (1947); *see also United States v. Kopituk*, 690 F.2d 1189, 1320 (11th Cir. 1982).

7.

As remedy, Rule 14 of the Federal Rules of Criminal Procedure provides in pertinent part as follows:

> If it appears that a defendant or the government is prejudiced by a joinder of offenses or of defendants in an indictment or information or by such joinder for trial together, the Court may order an election or separate trials of counts, grant a severance of defendants or provide whatever other relief justice requires.

Severance is granted if the moving party can demonstrate that a fair trial cannot be had without severance, *United States v. Kendall*, 665 F.2d 126 (7th Cir. 1981), and is among the most important safeguards available to minimize the risk of prejudice. *United States v. Mardian*, 546 F.2d 973, 977 (D.C. Cir. 1976); *accord, United States v. Lane*, 584 F.2d 60 (5th Cir. 1978).

WHEREBY BRITTANY HUDSON requests that this Honorable Court grant her motion to sever and provide her a trial separate from Kayricka Wortham.

Dated: This 20th day of June, 2023.


Respectfully submitted,

 s/ *L. Burton Finlayson*
L. BURTON FINLAYSON
Attorney For BRITTANY HUDSON
Georgia Bar Number: 261460

LAW OFFICE OF
L. BURTON FINLAYSON
ATTORNEY AT LAW
931 Ponce de Leon Avenue, NE
Atlanta, Georgia 30306
(404) 872-0560
lbfcourts@aol.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing motion

by filing same in the CM / ECF filing system which will deliver a copy to all

counsel of record including the following:

        Mr. Stephen McClain, and
        Mr. Norman Barnett
        Assistant United States Attorneys
        600 United States Courthouse
        75 Ted Turner Drive, S. W.
        Atlanta, Georgia  30303.

DATED:  This 20TH day of June, 2023.

      s/ *L. Burton Finlayson*
      L. BURTON FINLAYSON
      ATTORNEY FOR BRITTANY HUDSON
      State Bar Number: 261460