IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | 1:23-CR-131-01 (TCB)(RDC) |
| | ) | |
| BRITTANY HUDSON. | ) | |
| _____ | ) | |

**PRELIMINARY MOTION TO SUPPRESS EVIDENCE
SEIZED FROM ELECTRONIC DEVICES**

[Presumably With Search Warrant]

NOW COMES DEFENDANT BRITTANY HUDSON, by and through the undersigned attorney, and moves this Honorable Court to suppress all evidence seized from her electronic devices including her cell phone, laptop computer and personal tablet which were seized by law enforcement agents on January 27, 2023. In support of this preliminary motion, Ms. Hudson shows as follows:

1.

Brittany Hudson is charged in the above-styled indictment in Count 1 with conspiracy to commit wire fraud upon Amazon, Inc. in violation of Title 18 USC §§ 1343 and 1349. Counts 2 through 14 charge substantive acts of wire fraud alleging payments from Amazon to various bank accounts controlled by or

associated with Ms. Hudson, in violation of 18 USC §§ 1343 and 2. Counts 15 through 20 charge Ms. Hudson with substantive money laundering transactions in amounts over $10,000, involving the alleged Amazon fraud proceeds, in violation of 18 USC §§ 1957 and 2. Count 21 charges Ms. Hudson with conspiracy to commit wire fraud upon the CRU Franchising Company, LLC, (operating as "CRU" and "CRU Hemp Lounge,") in violation of 18 USC §§ 1343 and 1349. Counts 22 and 23 charge substantive acts of wire fraud involving emails allegedly sent by Ms. Hudson to representatives of CRU, in violation of 18 USC §§ 1343 and 2. Count 24 does not charge Ms. Hudson. Count 25 charges Ms. Hudson with forgery of the signature of a federal judge [Chief Judge TIMOTHY C. BATTEN, SR.], and forgery of the seal of the court, in violation of 18 USC §§ 505 and 2. (Doc. 1). Ms. Hudson has entered a plea of "not guilty" to all counts. (Doc. 8-1).

2.

On January 27, 2023, Secret Service special agent MATHEW OLTMAN and other government agents arrested Brittany Hudson at 620 Glenn Iris Drive, Unit #101, Atlanta, Georgia. At some point on this date, agents searched Ms. Hudson's vehicle and her person. Agents lacked a search warrant for either of these searches.

3.

As a result of these warrantless searches, agents seized Ms. Hudson's cell phone, laptop computer, personal tablet, personal and business papers and other items. Ms. Hudson has moved to suppress the initial warrantless seizure on Fourth Amendment grounds, noting that all evidence derived subsequently must be suppressed as "fruit of the poisonous tree." *Wong Sun v. United States*, 371 U.S. 471 (1963). (Doc. 21).

4.

Subsequent to the seizure of these electronic devices, Ms. Hudson *presumes* the government sought and obtained a search warrant to open and search them. As of this writing, Ms. Hudson has not received a copy of such search warrant or affidavit, or a return or report describing the contents of the devices.

5.

As of this time, Ms. Hudson submits that any supporting affidavit failed to adequately established probable cause, and may have contained material omissions or falsehoods. At this time, Ms. Hudson asks that she be allowed an additional reasonable period of time to receive and review the warrant, the underlying affidavit and the related discovery, and submit such documents to the Court along with a supplement to this motion.

WHEREFORE, Ms. Hudson respectfully requests that she be allowed 14 days to supplement or withdraw this motion, that she be granted an evidentiary hearing on the matter, and that the Court ultimately issue an order suppressing all illegally or unconstitutionally-seized or obtained evidence and any reference thereto from Ms. Hudson's trial.

Dated: This 21st day of June, 2023.

Respectfully submitted,

s/ *L. Burton Finlayson*
L. BURTON FINLAYSON
Attorney For BRITTANY HUDSON
Georgia Bar Number: 261460

LAW OFFICE OF
L. BURTON FINLAYSON
ATTORNEY AT LAW
931 Ponce de Leon Avenue, NE
Atlanta, Georgia 30306
(404) 872-0560
lbfcourts@aol.com

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served the foregoing motion by filing same in the CM / ECF filing system which will deliver a copy to all counsel of record including the following:

>Mr. Stephen McCain, and
>Mr. Norman Barnett
>Assistant United States Attorneys
>600 United States Courthouse
>75 Ted Turner Drive, S. W.
>Atlanta, Georgia  30303.

DATED:  This 21st day of June, 2023.

>  s/ *L. Burton Finlayson*
> L. BURTON FINLAYSON
> ATTORNEY FOR BRITTANY HUDSON
> State Bar Number: 261460