U.S. Department of Justice
United States Attorney

FILED IN OPEN COURT
U.S.D.C. Atlanta

JUN 20 2023

Kevin P. Weimer, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

Darrel J. Burgo, a/k/a Fleet

**Agent to Arrest**

Indictment/Information

1:23-CR-131-TCB-RDC

# PRAECIPE

The Clerk is hereby directed to issue a warrant for arrest, certified copy (copies) of indictment attached, returnable instanter, in the above-stated case.

_____
Stephen H. McClain
Assistant United States Attorney

Filed In Clerk's Office, this _____ day of _____, 20 ___.

_____
Clerk

By _____
Deputy Clerk

Form No. USA-19-8
(Rev. 08/06/87)
N.D.Ga. 08/26/94



ISSUED AND DELIVERED
TO U.S. MARSHALL
6/21/23
BY: _____
DEPUTY CLERK