IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

United States of America,

v.  Case No. 1:23-cr-131-MLB

Brittany Hudson,

        Defendant.

_____/

## **ORDER**

The Court files the attached email correspondence as an exhibit in this case.

**SO ORDERED** this 5th day of December, 2025.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE

# EXHIBIT 1

| | |
|---|---|
| **From:** | Brandon Thomas |
| **To:** | Jessica Kelley |
| **Cc:** | Angela Adams; Stephen McClain; Nicholas Evert |
| **Subject:** | Re: United States v. Brittany Hudson, 1:23-cr-131 |
| **Date:** | Friday, November 21, 2025 10:21:49 AM |

**CAUTION - EXTERNAL:**

Hi Ms. Kelley,

Judge Brown asked me to go to RAD to help Ms. Hudson with her laptop again. I went today and when I arrived the staff at RAD advised she was refusing the legal visit and I was not able to see her. I will file a notice on the ECF later so it is on the record but I wanted to let the court know.

BT

The Law Offices of Brandon A. Thomas
1 Glenlake Parkway, N.E., Suite 650
Atlanta, GA 30328
Tel: (678) 862-9344
Fax: (678) 638-6201
E-mail: brandon@overtimeclaimslawyer.com
Web: www.overtimeclaimslawyer.com

> On Oct 27, 2025, at 12:26 PM, Jessica Kelley <Jessica_Pierce@gand.uscourts.gov> wrote:
>
>
> Thank you, Mr. Thomas.
>
> Jessica Kelley
> Courtroom Deputy Clerk, Judge Michael L. Brown
> 1942 United States Courthouse
> 75 Ted Turner Drive, SW
> Atlanta, GA 30303
> Phone: (404) 215-1535
> Email: Jessica_kelley@gand.uscourts.gov
>
> ---
>
> **From:** Brandon Thomas <brandon@overtimeclaimslawyer.com>
> **Sent:** Monday, October 27, 2025 12:22 PM
> **To:** Jessica Kelley <Jessica_Pierce@gand.uscourts.gov>
> **Cc:** Angela Adams <Angela.Adams@usdoj.gov>; Stephen McClain <Stephen.McClain@usdoj.gov>; Nicholas Evert <Nicholas.Evert@usdoj.gov>
> **Subject:** Re: United States v. Brittany Hudson, 1:23-cr-131
>
> **CAUTION - EXTERNAL:**

Good afternoon,

I just wanted to advise the court that Ms. Hudson told me she was provided with the laptop by RAD this morning.

BT

The Law Offices of Brandon A. Thomas
1 Glenlake Parkway, N.E., Suite 650
Atlanta, GA 30328
Tel: (678) 862-9344
Fax: (678) 638-6201
E-mail: brandon@overtimeclaimslawyer.com
Web: www.overtimeclaimslawyer.com

> On Oct 22, 2025, at 10:00 AM, Jessica Kelley <Jessica_Pierce@gand.uscourts.gov> wrote:
>
> Good morning,
>
> The pretrial conference will proceed as scheduled on Thursday.
>
> Thank you,
>
> Jessica Kelley
> Courtroom Deputy Clerk, Judge Michael L. Brown
> 1942 United States Courthouse
> 75 Ted Turner Drive, SW
> Atlanta, GA 30303
> Phone: (404) 215-1535
> Email: Jessica_kelley@gand.uscourts.gov
>
> ---
>
> **From:** Brandon Thomas <brandon@overtimeclaimslawyer.com>
> **Sent:** Wednesday, October 22, 2025 9:40 AM
> **To:** Jessica Kelley <Jessica_Pierce@gand.uscourts.gov>
> **Cc:** Angela Adams <Angela.Adams@usdoj.gov>; Stephen McClain <Stephen.McClain@usdoj.gov>; Nicholas Evert <Nicholas.Evert@usdoj.gov>
> **Subject:** Re: United States v. Brittany Hudson, 1:23-cr-131

**CAUTION - EXTERNAL:**

Good morning,

The laptop has just been dropped off to RAD. They will have their IT person check it to make sure the internet is disabled and then give it to Ms. Hudson, but I do not know how long they will take to actually give it to her. Do we still need a pretrial conference on Thursday?

BT

The Law Offices of Brandon A. Thomas
1 Glenlake Parkway, N.E., Suite 650
Atlanta, GA 30328
Tel: (678) 862-9344
Fax: (678) 638-6201
E-mail: brandon@overtimeclaimslawyer.com
Web: www.overtimeclaimslawyer.com

> On Oct 21, 2025, at 6:12 PM, Brandon Thomas <brandon@overtimeclaimslawyer.com> wrote:
>
> Hi, please see the attached e-mail from RAD. I received a voicemail from the Government today advising that Judge Brown would like an update on the laptop situation concerning his order. On October 13th I took the laptop to RAD, but I was turned around and they said despite the court order, it needed to go through some internal approval with the warden and I could not leave the laptop with them. I was told to wait to hear from them as to when I could bring the laptop. Today, on October 21st, RAD e-mailed me and said I can now bring the laptop to RAD to be inspected by their IT person to confirm the internet is

disabled. When this process is complete, I believe RAD will provide the laptop to Ms. Hudson. I had a sentencing hearing today in Gainesville with Judge Story, so I was not able to bring the laptop to RAD, which is in the opposite driving direction in Lovejoy. I will drop the laptop off at RAD tomorrow as per their e-mail.

BT

On Tue, Oct 21, 2025 at 2:34 PM Jessica Kelley <Jessica_Pierce@gand.uscourts.gov> wrote:

> Thank you. Also, Judge Brown would like you to appear for all court proceedings in Ms. Hudson's case going forward, including the pretrial conference set for this Thursday at 10:30 a.m. and the jury trial on November 10th at 9:00 a.m.
>
> Thanks,
>
> Jessica Kelley
> Courtroom Deputy Clerk, Judge Michael L. Brown
> 1942 United States Courthouse
> 75 Ted Turner Drive, SW
> Atlanta, GA 30303
> Phone: (404) 215-1535
> Email: Jessica_kelley@gand.uscourts.gov
>
> ---
>
> **From:** Brandon Thomas <brandon@overtimeclaimslawyer.com>
> **Sent:** Tuesday, October 21, 2025 2:22 PM
> **To:** Jessica Kelley <Jessica_Pierce@gand.uscourts.gov>
> **Cc:** Angela Adams <Angela.Adams@usdoj.gov>; Stephen McClain <Stephen.McClain@usdoj.gov>; Nicholas Evert <Nicholas.Evert@usdoj.gov>
> **Subject:** Re: United States v. Brittany Hudson, 1:23-cr-131
>
> **CAUTION - EXTERNAL:**
>
> I will forward this to her sister.
>
> The Law Offices of Brandon A. Thomas

> 1 Glenlake Parkway, N.E., Suite 650
> Atlanta, GA 30328
> Tel: (678) 862-9344
> Fax: (678) 638-6201
> E-mail: brandon@overtimeclaimslawyer.com
> Web: www.overtimeclaimslawyer.com
>
>> On Oct 21, 2025, at 12:35 PM, Jessica Kelley <Jessica_Pierce@gand.uscourts.gov> wrote:
>>
>> Good afternoon, Mr. Thomas,
>>
>> Since Ms. Hudson is representing herself at trial on November 10th, she will need to arrange for someone to bring clothing for her to change into for court each day. Can you please make sure she is aware of this?
>>
>> **CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

--

The Law Offices of Brandon A. Thomas
1 Glenlake Parkway, N.E., Suite 650
Atlanta, GA 30328
Tel: (678) 862-9344
Fax: (678) 638-6201
E-mail: brandon@overtimeclaimslawyer.com
Web: www.overtimeclaimslawyer.com

<E-mail from RAD allowing laptop 10-21-25.pdf>

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.