# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

United States of America,

v.  Case No. 1:23-cr-131-MLB

Brittany Hudson,

        Defendant.

_____/

## ORDER

The Court **DENIES** Defendant Hudson's Motion to Recuse the Honorable Judge Brown and for Change of Venue (Dkt. 395)—her second or third time raising these issues. The Court denies her change of venue request for the reasons it denied her prior motions for that relief. *See* Dkts. 175 at 8-10, 393 at 22. It likewise denies her request for recusal for the reasons already explained. *See* Dkt. 393 at 14-15. The Court previously concluded its statement that former Chief Judge Batten was a "fine judge" does not warrant recusal. The Court's statement that Defendant Hudson offered no evidence to support her claim former Chief Judge Batten manipulated the Clerk's office to withhold her filings also does not warrant recusal. Neither do the Court's statements—in an

order—that Defendant Hudson could address her concern that potential jurors might know former Chief Judge Batten (or any other potential witness) through voir dire.

**SO ORDERED** this 10th day of December, 2025.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE