# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

United States of America,

v.  Case No. 1:23-cr-131-MLB

Brittany Hudson,

               Defendant.

_____/

## ORDER

The Court has entered several orders denying repeated motions to dismiss filed by Defendant Brittany Hudson. (Dkts. 365, 366, 393.) She has filed two more. (Dkts. 321, 391.) The Court **DENIES** those motions for the reasons already stated. She also filed a motion requesting transcripts and recordings of various hearings. (Dkt. 390.) Defendant Hudson knows how to obtain transcripts and may access any transcripts (which constitute the official record of hearings) in the ordinary course. So the Court **DENIES** that motion.[1] Finally, she filed a motion for leave

---

[1] As for recordings, Defendant Hudson claims "there has been continued alteration of the written transcripts where statements and comments are repeatedly omitted form the record." (Dkt. 390 at 2.) She repeated this

to file rebuttal out of time. (Dkt. 404.) But she seeks to rebut a response the United States filed a month ago regarding motions the Court addressed in an order more than 10 days ago. (Dkt. 393.) So her recent pleading is way too late and the Court denies it.

**SO ORDERED** this 19th day of December, 2025.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE

---

allegation at a recent hearing with reference to a very specific statement the Court made and Defendant Hudson claimed had been removed from the filed transcript. (Dkt. 401 at 30-31.) It took the Court only minutes to debunk her allegation. (*Id.* at 33.) The Court will not joust at windmills with her and denies her motion for recordings.