IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

*v.*

BRITTANY HUDSON

CRIMINAL ACTION NO.

1:23-CR-131-MLB

## United States' Notice of Intent to Introduce Self-Authenticating Evidence at Trial, Pursuant to Federal Rule of Evidence 902

The United States hereby gives notice of its intent to introduce self-authenticating evidence at trial.

## Notice

Pursuant to Federal Rules of Evidence 902(11) and 803(6), the United States hereby gives notice that it intends to rely upon the attached business record certifications to establish the authenticity of the bank and business records described therein.

During discovery, the United States provided Defendant Brittany Hudson with records concerning the following bank accounts and business records:

- Bank of America Bank Account No. x3253, held in the name of Brittany R. Hudson;

- Bank of America Bank Account Nos. x4026 and x4018, held in the name of Brittany R. Hudson;

- Wells Fargo Bank Account No. x4436, held in the name of Ipress Ink LLC;

- Truist Bank Account No. x2938, held in the name of Ipress Ink;

- Wells Fargo Bank Account No. x9310, held in the names of Angie Hudson and Brittany Hudson;

- Wells Fargo Bank Account No. x8146, held in the name of Brittany Hudson;

- Navy Federal Credit Union Bank Account Nos. x0951, x8413, x1580, x6006, x6014, x8413, and x3402, held on the name of Kayricka L. Wortham;

- Wells Fargo Bank Account No. x7611, held in the names of Vanna M. Wortham and Kayricka Wortham;

- PenFed Credit Union Bank Account Nos. x7019, x4016, and x1022, held in the name of Brittany Hudson;

- Wells Fargo Bank Account No. x0136, held in the name of Britany Hudson;

- Truist Bank Account No. x2868, held in the name of Evolve & Elevate LLC;

- Fidelity Investments Bank Account No. x0295, held in the name of Kayricka Dupree;

- Wells Fargo Bank Account No. x7040, held in the name of Evolve & Elevate Inc.;

- Wells Fargo Bank Account No. x7057, held in the name of Evolve & Elevate Inc.;

- Navy Federal Credit Union Bank Account Nos. x2924, x7838, x7308, and x7761, held in the name of Demetrius D. Hines;

- Wells Fargo Bank Account No. x1402, held in the name of Demetrius D. Hines;

- Wells Fargo Bank Account No. x6366, held in the name of Demetrius D. Hines;

- Bank of America Bank Account No. x0592, held in the name of Veronica Jenkins;

- Bank of America Bank Account No. x4042, held in the name of Sheldon N. Harris;

- Navy Federal Credit Union Bank Account Nos. x6016, x9979, and x2970, held in the name of Tanesha L. Tyler;

- Navy Federal Credit Union Bank Account Nos. x6819, x9334, x2758, and x3294, held in the name of Irene R. Custis;

- Central Bank Account No. x6724, held in the name of Ricardo Lerell Greer;

- JPMorgan Chase Bank Account No. x1100, held in the name of Randall Jackson;

- JPMorgan Chase Bank Account No. x7608, held in the name of Alex Wilbon Jr.;

- Midwest BankCentre Bank Account No. x0889, held in the name of Gregory L. Cobb;

- PenFed Credit Union Bank Account No. x9016, held in the name of Caleb Sibley;

- Regions Bank Account No. x1908, held in the name of Andrea L. Thomas;

- U.S. Bank Account No. x2107, held in the name of Kayricka L. Wortham;

- U.S. Bank Account No. x9030, held in the name of Kayricka L. Wortham;

- Wells Fargo Bank Account No. x4427, held in the name of Lady Liberty Business Solutions, LLC;

- Wells Fargo Bank Account No. x9248, held in the name of Kayricka L. Wortham;

- Wells Fargo Bank Account No. x2220, held in the name of Legend Express, LLC;

- Bank of America Bank Account No. x5180, held in the name of Brittany R. Hudson;

- Bank of America Bank Account No. x5198, held in the name of Brittany R. Hudson;

- Bank of America Bank Account No. x5360, held in the name of Brittany R. Hudson;

- Bank of America Bank Account No. x7270, held in the name of Brittany R. Hudson;

- Wells Fargo Bank Account No. x5940, held in the name of Evolve & Elevate Inc.;

- Bank of America Bank Account No. x3584, held in the name of Veronica Jenkins;

- Bank of America Bank Account No. x6438, held in the name of Veronica Jenkins;

- JPMorgan Chase Bank Account No. x7754, held in the name of Randall Jackson;

- Navy Federal Credit Union Bank Account Nos. x0004, x3293, x9346, and x9338, held in the name of Vanna M. Wortham;

- Navy Federal Credit Union Bank Account Nos. x3008 and x7935, held in the name of Samuel Hudson-Bey;

- Navy Federal Credit Union Bank Account Nos. x3373 and x3107, held in the name of Laquettia Blanchard;

- Wells Fargo Bank Account No. x0638, held in the name of Demetrius D. Hines;

- Wells Fargo Bank Account No. x9485, held in the name of Kayricka L. Wortham;

- Bank of America Bank Account No. x4730, held in the name of Demetrius Devon Hines;

- JPMorgan Chase Credit Account No. x7630, held in the name of Brittany Hudson;

- JPMorgan Chase Credit Account No. x0192, held in the names of Brittany Hudson and Legend Express, LLC;

- Wells Fargo Bank Account No. x8853, held in the name of Legend Express, LLC;

- Atlanta Auto;

- GSH Attorneys, formerly Law Office of Kirsten Miller, PC dba Partnership Title Company; and

- Landmark Automotive Group.

The United States also provided Hudson with a business record certification prepared by each financial institution and business listed above. Copies of those certifications are attached to this Notice.

Federal Rule of Evidence 902(11) provides that certified domestic bank and business records are self-authenticating and require no extrinsic evidence of authenticity in order to be admitted if the following conditions are met:

> The original or a copy of a domestic record . . . meets the requirements of Rule 803(6)(A)-(C), as shown by a certification of the custodian or another qualified person. . . . Before the trial or hearing, the proponent must give an adverse party reasonable written notice of the intent to offer the record—and must make the record and certification available for inspection—so that the party has a fair opportunity to challenge them.

Fed. R. Evid. 902(11).

The business-records exception to the hearsay rule is set forth in Federal Rule of Evidence Rule 803(6), which states that records of a regularly conducted activity are not excluded by the rule against hearsay, regardless of whether the declarant is available as a witness, if the following conditions are met:

(A)    the record was made at or near the time by—or from information transmitted by—someone with knowledge;

(B)    the record was kept in the course of a regularly conducted activity of a business, organization, occupation, or calling, whether or not for profit;

(C)    making the record was a regular practice of that activity;

(D)    all these conditions are shown by the testimony of the custodian or another qualified witness, or by a certification that complies with Rule 902(11) or (12) or with a statute permitting certification; and

(E)    the opponent does not show that the source of information or the method or circumstances of preparation indicate a lack of trustworthiness.

Fed. R. Evid. 803(6).

The Eleventh Circuit has expressly held that "Rule 902(11) permits a party to authenticate business records with a written declaration of a records custodian or other qualified person" where, as here, the party offering the records into evidence provides notice of its intent to rely on Rule 902(11) and "makes the record[s] and declaration[s] available for inspection sufficiently in advance of [offering the records] into evidence." *United States v. Lezcano*, 296 F. App'x 800, 807-08 (11th Cir. 2008) (rejecting defendant's claim that it was improper to admit business records without a live witness to explain their relevance, and calling defendant's argument to the contrary "meritless"); *see also United States v. Wrubleski*, 707 F. App'x 650, 655 (11th Cir. 2017) (affirming district court's decision to permit government to use Rule 902(11) certifications to authenticate business records).

Respectfully submitted,

THEODORE S. HERTZBERG
*United States Attorney*

/s/ STEPHEN H. MCCLAIN
*Assistant United States Attorney*
GEORGIA BAR NO. 143186

/s/ ANGELA ADAMS
*Assistant United States Attorney*
GEORGIA BAR NO. 613114

**CERTIFICATE OF SERVICE**

The United States Attorney's Office filed this document today by filing it using

the Court's CM/ECF system, which automatically notifies the parties and counsel

of record, and by causing a copy to be sent by Federal Express:

Brittany Hudson 24309-510
Robert A. Deyton Detention Center
11866 Hastings Bridge Road
Lovejoy, GA 30250

Dated December 22, 2025

/s/ ANGELA ADAMS
ASSISTANT UNITED STATES ATTORNEY
GEORGIA BAR NO. 613114

600 U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303
(404) 581-6000

Bank of America Legal Order Processing
Regarding reference number: D081622000703
Court case number: 2022R00620-023
Court or issuer: UNITED STATES
ATTORNEY'S OFFICE
Court case name: KRISTINA SNYDER

### DECLARATION OF BANK OF AMERICA BANK OFFICER AND/OR CUSTODIAN OF RECORDS

1.) Authority. I, _Destiny Self_____, am a duly authorized bank officer and/or custodian of the records of Bank of America N.A with authority to execute this declaration and certify to the authenticity and accuracy of the records produced with this declaration.

2.) Records. The records produced herewith by Bank of America, N.A. are original documents or are true copies of records of a regularly conducted banking activity that:

a.) Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

b.) Were made and kept in the course of regularly conducted banking activity by Bank of America, N.A. personnel or by persons acting under their control; and

c.) Were made and kept by the regularly conducted activity of Bank of America N.A. as a regular practice, on or about the time of the act, condition, or event recorded.

Additional Comments:

| Account title: | Account number ending in: | Document type: | Timeframe: |
|---|---|---|---|
| BRITTANY R HUDSON | 4018 | Statement Pages, Signature Card | 02/2022 - 07/2022 |
| BRITTANY R HUDSON | 4026 | Checks, Statement Pages, Signature Card | 02/2022 - 05/2022 |
| BRITTANY HUDSON | 0074 | Checks, Statement Pages | 01/2021 - 05/2022 |
| BRITTANY R HUDSON | 7565 | Statement Pages | 01/2021 - 07/2021 |
| BRITTANY R HUDSON | 3253 | Checks, Statement Pages, Signature Card | 01/2021 - 06/2022 |
| BRITTANY R HUDSON | 7270 | Statement Pages, Signature Card | 02/2022 - 05/2022 |
| BRITTANY R HUDSON | 5198 | Statement Pages | 06/2022 - 08/2022 |
| BRITTANY R HUDSON | 5180 | Statement Pages | 06/2022 - 08/2022 |
| BRITTANY R HUDSON | 5360 | Statement Pages, Signature Card | 04/2022 - 06/2022 |
| DANIEL R COLLINS JENNIFER J JACKSON | 2999 | Statement Pages, Signature Card | 01/2021 - 08/2022 |
| DANIEL R COLLINS JENNIFER J JACKSON | 1089 | Statement Pages | 01/2021 - 08/2022 |
| DEMETRIUS DEVON HINES | 1055 | Statement Pages, Deposits, Offsets | 01/2022 - 05/2022 |
| DEMETRIUS DEVON HINES | 4730 | Statement Pages, Signature Card, Deposits, Offsets | 05/2022 - 08/2022 |
| ERICA HARRIS SHELDON HARRIS | 4242 | Statement Pages, Signature Card, Deposits, Offsets | 01/2021 - 08/2022 |
| SHELDON N HARRIS | 6252 | Statement Pages | 04/2021 - 08/2022 |
| SIMON CONNOR DEAN | 8573 | Statement Pages, Signature Card, Deposits, Offsets | 01/2021 - 08/2022 |
| SIMON CONNOR DEAN | 7366 | Statement Pages | 04/2021 - 08/2022 |
| SIMON CONNOR DEAN | 7356 | Statement Pages, Signature Card, Deposits, Offsets | 01/2021 - 08/2022 |

3.) Production.

X_____The records produced herewith (together with any banking records produced by Bank of America N.A. previously in response to the subject request, order, or subpoena) constitute a complete production of bank records responsive to the subject request order or subpoena (or a complete production under the terms of a subject request, order, subpoena as subsequently limited by the issuer).

_____A thorough search has been conducted and no records could be located that are responsive to the subject request, order, or subpoena.

4.) I declare under penalty of perjury that the foregoing is true and correct.

Destiny Self

Digitally signed by Destiny Self
Date: 2022.09.16 10:04:26 -07'00'

Date: September 16th 2022    Signature:_____ _____



Reference number:
D103122000338
Court case number:
2022R00620-042
Court or issuer:
UNITED STATES ATTORNEY'S OFFICE
Court case name:
ANNASTAHIA ROBINSON

## Declaration of Bank of America Officer and/or Custodian of Records

Before me, the undersigned authority, personally appeared, **Daisy C. Roque**, who, being duly sworn by me, deposes and says as follows:

1. Authority

I, Daisy C. Roque, am a duly authorized bank officer and/or custodian of the records of
Bank of America, N.A. with authority to execute this affidavit and certify to the authenticity and accuracy of the records produced with this affidavit.

2. Records

The records produced herewith by Bank of America, N.A. are original documents or are true copies of records of a regularly conducted banking activity that:

- Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of these matters;
- Were made and kept in the course of regularly conducted banking activity by Bank of America, N.A. personnel or by persons acting under their control; and
- Were made and kept by the regularly conducted activity of Bank of America, N.A. as a regular practice, on or about the time of the act, condition or event recorded.

| Account title: | Account ending in: | Document type: | Timeframe: |
|---|---|---|---|
| ALVIN R YOUNG | 1593 (6704) (8583) (1211) | Statements, Applications | 01/2021 - 10/2022 |
| ALVIN R YOUNG | 2531 | Statements, Debits, Credits, Signature Cards | 01/2021 - 05/2021 |
| ANGIE HUDSON | 4909 | Statements, Debits, Signature Cards | 01/2021 - 10/2022 |
| ANGIE HUDSON | 6448 | Statements, Credits, Signature Cards | 01/2021 - 10/2022 |
| ANGIE HUDSON | 9957 (4713) | Statements, Applications | 01/2021 - 10/2022 |
| ANGIE HUDSON | 0987 (4053) | Statements, Applications | 01/2021 - 10/2022 |
| BRITTANY HUDSON | 0074 | Statements, Debits | 01/2021 - 05/2022 |
| BRITTANY R HUDSON | 3253 | Statements, Debits, Signature Cards | 01/2021 - 06/2022 |
| BRITTANY R HUDSON | 7565 (2295) (4967) | Statements, Applications | 01/2021 - 07/2021 |
| BRITTANY R HUDSON | 4018 | Statements, Signature Cards | 02/2022 - 07/2022 |
| BRITTANY R HUDSON | 4026 | Statements, Debits, Signature Cards | 02/2022 - 05/2022 |
| BRITTANY R HUDSON | 7270 | Statements, Signature Cards | 02/2022 - 05/2022 |
| BRITTANY R HUDSON | 5360 | Statements, Signature Cards | 04/2022 - 07/2022 |
| BRITTANY R HUDSON | 5198 | Statements | 06/2022 - 10/2022 |
| BRITTANY R HUDSON | 5180 | Statements | 06/2022 - 10/2022 |
| DEMETRIUS DEVON HINES | 1055 | Statements, Applications | 01/2022 - 05/2022 |
| DEMETRIUS DEVON HINES | 4730 | Statements, Credits, Signature Cards | 05/2022 - 10/2022 |

| | | | |
|---|---|---|---|
| DOREAN POTTS | 6209 | Statements, Credits, Signature Cards | 12/2021 - 10/2022 |
| DOREAN POTTS | 6217 | Statements, Credits, Signature Cards | 12/2021 - 10/2022 |
| LATORIA CHAUNICE DUKES ANGIE HUDSON | 4200 | Statements, Deposit Tickets, Signature Cards | 01/2021 - 10/2022 |
| SAMUEL RAYNARD HUDSON-BEY | 7160 | Statements, Credits, Signature Cards | 01/2021 - 10/2022 |
| SAMUEL RAYNARD HUDSON-BEY | 2218 | Statements, Debits, Credits, Signature Cards | 01/2021 - 10/2022 |
| SAMUEL RAYNARD HUDSON-BEY | 3170 | Statements, Applications | 01/2021 - 10/2022 |
| VANNA WORTHAM | 8306 | Statements, Signature Cards | 04/2021 - 05/2021 |
| VANNA WORTHAM | 8298 | Statements, Signature Cards | 04/2021 - 05/2021 |
| VANNA WORTHAM | 5011 | Statements, Signature Cards | 04/2021 - 10/2022 |
| VANNA WORTHAM | 5003 | Statements, Credits, Signature Cards | 04/2021 - 10/2022 |
| VANNA WORTHAM | 2333 | Statements, Signature Cards | 05/2022 - 10/2022 |
| VANNA WORTHAM | 9928 | Statements, Applications | 05/2022 - 10/2022 |
| VERONICA JENKINS | 0592 | Statements, Signature Cards | 01/2021 - 08/2022 |
| VERONICA JENKINS | 3437 (6388) (0734) | Statements, Applications | 01/2021 - 10/2022 |
| VERONICA JENKINS | 3399 | Statements, Credits, Signature Cards | 01/2021 - 11/2021 |
| VERONICA JENKINS | 3584 | Statements, Debits, Credits | 02/2022 - 09/2022 |
| VERONICA JENKINS POD JAMONIE LANETTA JENKINS | 6438 | Statements, Wires, Signature Cards | 03/2022 - 10/2022 |

3. **Production**

___X___ The records produced herewith (together with any banking records produced by Bank of America N.A. previously in response to the subject request, order, or subpoena) constitute a complete production of bank records in our possession responsive to the subject request order or subpoena (or a complete production under the terms of a subject request, order, subpoena as subsequently limited by the issuer).
OR

_____ A thorough search has been conducted and no records could be located that are responsive to the subject request, order, or subpoena.

4. I declare under penalty of perjury that the foregoing is true and correct.

Date: 11/16/2022    Signature: **Daisy C. Roque**

Digitally signed by Daisy C. Roque
Date: 2022.11.16 08:49:15 -07'00'

**BANK OF AMERICA** 

**Reference number**
D103122000338
**Court case number**
2022R00620-042
**Court or issuer**
UNITED STATES ATTORNEY'S OFFICE
**Court case name:**
ANNASTAHIA ROBINSON

# Declaration of Bank of America Officer and/or Custodian of Records

Before me, the undersigned authority, personally appeared, Lisa Yanacek-White, who, being duly sworn by me, deposes and says as follows:

1. **Authority**
   I, Lisa Yanacek-White, am a duly authorized bank officer and/or custodian of the records of
   Bank of America, N.A. with authority to execute this Declaration and certify to the authenticity and accuracy of the records
   produced with this Declaration.

2. **Records**

   The records produced herewith by Bank of America, N.A. are original documents or are true copies of records of a
   regularly conducted banking activity that:

   - Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by,
     a person with knowledge of these matters;
   - Were made and kept in the course of regularly conducted banking activity by Bank of America, N.A. personnel or
     by persons acting under their control; and
   - Were made and kept by the regularly conducted activity of Bank of America, N.A. as a regular practice, on or
     about the time of the act, condition or event recorded.

| Account title: | Account ending in: | Document type: | Timeframe: |
|---|---|---|---|
| BRITTANY R HUDSON | 4026 | Cashier Check | 2022-04 |
| BRITTANY R HUDSON | 3253 | Cashier Check | 2022-04 |

3. **Production**

   _____x___ The records produced herewith (together with any banking records produced by Bank of America N.A.
   previously in response to the subject request, order, or subpoena) constitute a complete production of bank records in
   our possession responsive to the subject request order or subpoena (or a complete production under the terms of a
   subject request, order, subpoena as subsequently limited by the issuer).
   **OR**
   _____ A thorough search has been conducted and no records could be located that are responsive to the subject
   request, order, or subpoena.

Bank of America and the Bank of America logo are registered trademarks of the Bank of America Corporation.
Bank of America, N.A. Member FDIC.

4. I declare under penalty of perjury that the foregoing is true and correct.

Lisa Yanacek-White

Digitally signed by Lisa Yanacek-White
Date: 2024.12.17 10:07:42 -05'00'

Date: _____12/17/2024_____ Signature: _____


Summons and Subpoenas Department
PO Box 1415 MAC #D1111-016
Charlotte, NC 28201
Voice: (480) 724-2000

# BUSINESS RECORDS DECLARATION

I, Donna Clark, am over the age of eighteen and I declare that I am employed by Wells Fargo Bank, N.A. ("Wells Fargo") in the Summons and Subpoenas Department and am a duly authorized and qualified witness to certify the authenticity of the attached documents and/or information produced pursuant to the legal order. Wells Fargo reserves the right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced. I certify that the attached records:

A) Were prepared by personnel of Wells Fargo in the ordinary course of business at or near the time of the acts, conditions or events described in the records; and

B) It was the ordinary course of business for Wells Fargo employees or representatives with knowledge of the act, event, or condition recorded to make the record or transmit the information therein to be included in such record.

C) The records attached are true and correct copies of the business records as maintained by Wells Fargo.

**The records produced are described as follows:**

Case number: 26999240

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---|---|
| Signature Cards | XXXXXX0136 | 3 | 3 |
| Statements | XXXXXX8846 | 70 | 70 |
| Statements | XXXXXX2220 | 30 | 30 |
| Statements | XXXXXX2459 | 15 | 15 |
| Signature Cards | XXXXXX2459 | 3 | 3 |
| Wire Automated | XXXXXX2220 | 1 | 1 |
| Wire Automated | XXXXXX2238 | 0 | 0 |
| Unable to locate records with the information provided. | | | |
| Statements | XXXXXX0136 | 9 | 9 |
| Statements | XXXXXX6584 | 78 | 78 |
| Deposits with offsets | XXXXXX0136 | 2 | 2 |
| Deposits with offsets | XXXXXX5382 | 0 | 0 |
| No records found with the information provided | | | |
| Signature Cards | XXXXXX4862 | 0 | 0 |
| unable to locate signature card | | | |
| Deposits with offsets | XXXXXX1914 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Checks/Debits | XXXXXX5382 | 0 | 0 |
| No records found with the information provided | | | |
| Checks/Debits | XXXXXX6584 | 4 | 4 |
| Wire Automated | XXXXXX5382 | 0 | 0 |

Case No: 26999240; Agency Case No: 2022R00620

WFB 001236

| | | | |
|---|---|---|---|
| Unable to locate records with the information provided. | | | |
| Checks/Debits | XXXXXX8846 | 76 | 76 |
| Wire Automated | XXXXXX3375 | 0 | 0 |
| Unable to locate records with the information provided. | | | |
| Wire Automated | XXXXXX6141 | 3 | 3 |
| Statements | XXXXXX5162 | 61 | 61 |
| Statements | XXXXXX0002 | 17 | 17 |
| Statements | XXXXXX6117 | 9 | 9 |
| Wire Automated | XXXXXX3531 | 0 | 0 |
| Unable to locate records with the information provided. | | | |
| Deposits with offsets | XXXXXX1124 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Signature Cards | XXXXXX1124 | 5 | 5 |
| Wire Automated | XXXXXX1124 | 0 | 0 |
| Unable to locate records with the information provided. | | | |
| Checks/Debits | XXXXXX4862 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Wire Automated | XXXXXX1914 | 0 | 0 |
| Unable to locate records with the information provided. | | | |
| Statements | XXXXXX4862 | 11 | 11 |
| Statements | XXXXXXXXX6555 | 250 | 250 |
| Deposits with offsets | XXXXXX8846 | 2 | 2 |
| Deposits with offsets | XXXXXX4427 | 26 | 26 |
| Signature Cards | XXXXXX3476 | 2 | 2 |
| Deposits with offsets | XXXXXX3531 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Deposits with offsets | XXXXXX4436 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Wire Automated | XXXXXX0136 | 0 | 0 |
| Unable to locate records with the information provided. | | | |
| Wire Automated | XXXXXXXXX6555 | 0 | 0 |
| Unable to locate records with the information provided. | | | |
| Checks/Debits | XXXXXXXXX6555 | 0 | 0 |

| | | | |
|---|---|---|---|
| All transactions requested are electronic and no images are available | | | |
| Statements | XXXXXX2238 | 25 | 25 |
| Signature Cards | XXXXXX3375 | 5 | 5 |
| Checks/Debits | XXXXXX6141 | 4 | 4 |
| Checks/Debits | XXXXXX6117 | 1 | 1 |
| Statements | XXXXXX1914 | 10 | 10 |
| Signature Cards | XXXXXX8846 | 5 | 5 |
| Wire Automated | XXXXXX6117 | 0 | 0 |
| Unable to locate records with the information provided. | | | |
| Statements | XXXXXX4427 | 77 | 77 |
| Statements | XXXXXX8853 | 72 | 72 |
| Statements | XXXXXX5382 | 11 | 11 |
| Electronic Delivery Statement request - No Transaction indexes found - No Detail file created | | | |
| XCC Payment Items | XXXXXXXXXXXX7679 | 0 | 0 |
| Note to Client  Unable to locate Payment Items for account ending (7679) within time frame requested. | | | |
| Checks/Debits | XXXXXX2238 | 1 | 1 |
| Deposits with offsets | XXXXXX3375 | 1 | 1 |
| Deposits with offsets | XXXXXX6117 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Statements | XXXXXX3476 | 87 | 87 |
| Checks/Debits | XXXXXX3476 | 16 | 16 |
| Checks/Debits | XXXXXX2459 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Note to Client | | 0 | 0 |
| unable to locate records for the following SSNs 589.64.9060 xx 260.99.4196 xx 493.98.8013 xx 258.71.7417 xx 103.86.4217 xx 154.17.1145 and account number 3757648146 for time frame requested. | | | |
| Deposits with offsets | XXXXXX4862 | 0 | 0 |
| No records found with the information provided | | | |
| Checks/Debits | XXXXXX3531 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Wire Automated | XXXXXX4436 | 0 | 0 |

Case No: 26999240; Agency Case No: 2022R00620

WFB_001238

| | | | |
|---|---|---|---|
| Unable to locate records with the information provided. | | | |
| Signature Cards | XXXXXX4427 | 5 | 5 |
| Checks/Debits | XXXXXX4427 | 1 | 1 |
| XCC Applications | XXXXXXXXXXXX7679 | 0 | 0 |
| Note to Client  Unable to locate Application for account ending (7679) within time frame requested. | | | |
| Signature Cards | XXXXXX0002 | 4 | 4 |
| Signature Cards | XXXXXX6117 | 5 | 5 |
| Deposits with offsets | XXXXXX3476 | 77 | 77 |
| Wire Automated | XXXXXX4862 | 0 | 0 |
| Unable to locate records with the information provided. | | | |
| Deposits with offsets | XXXXXX2220 | 2 | 2 |
| Signature Cards | XXXXXX3531 | 5 | 5 |
| Deposits with offsets | XXXXXX2238 | 2 | 2 |
| Checks/Debits | XXXXXX8853 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Deposits with offsets | XXXXXX6584 | 27 | 27 |
| Checks/Debits | XXXXXX3375 | 1 | 1 |
| Signature Cards | XXXXXXXXX6555 | 3 | 3 |
| Signature Cards | XXXXXX2220 | 5 | 5 |
| Wire Automated | XXXXXX3476 | 0 | 0 |
| Unable to locate records with the information provided. | | | |
| Statements | XXXXXX3375 | 62 | 62 |
| Statements | XXXXXX4436 | 26 | 26 |
| Statements | XXXXXX1124 | 7 | 7 |
| Deposits with offsets | XXXXXX2459 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Signature Cards | XXXXXX5382 | 0 | 0 |
| Unable to locate signature card | | | |
| Credit Card Statements | XXXXXXXXXXX7679 | 8 | 8 |
| Signature Cards | XXXXXX8853 | 4 | 4 |
| Checks/Debits | XXXXXX0136 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Signature Cards | XXXXXX1914 | 5 | 5 |
| Checks/Debits | XXXXXX5162 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Deposits with offsets | XXXXXXXXX6555 | 0 | 0 |

Case No: 26999240; Agency Case No: 2022R00620

WEB_001239

| | | | |
|---|---|---|---|
| All transactions requested are electronic and no images are available | | | |
| Wire Automated | XXXXXX6584 | 0 | 0 |
| Unable to locate records with the information provided. | | | |
| Signature Cards | XXXXXX5162 | 6 | 6 |
| Deposits with offsets | XXXXXX0002 | 9 | 9 |
| Wire Automated | XXXXXX0002 | 0 | 0 |
| Unable to locate records with the information provided. | | | |
| Signature Cards | XXXXXX4436 | 5 | 5 |
| Checks/Debits | XXXXXX2220 | 11 | 11 |
| Signature Cards | XXXXXX2238 | 5 | 5 |
| Signature Cards | XXXXXX6141 | 5 | 5 |
| Checks/Debits | XXXXXX4436 | 1 | 1 |
| Deposits with offsets | XXXXXX5162 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Signature Cards | XXXXXX6584 | 5 | 5 |
| Wire Automated | XXXXXX2459 | 0 | 0 |
| Unable to locate records with the information provided. | | | |
| Statements | XXXXXX6141 | 11 | 11 |
| Deposits with offsets | XXXXXX8853 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Statements | XXXXXX3531 | 69 | 69 |
| Wire Automated | XXXXXX4427 | 0 | 0 |
| Unable to locate records with the information provided. | | | |
| Checks/Debits | XXXXXX0002 | 4 | 4 |
| Wire Automated | XXXXXX8853 | 1 | 1 |
| Wire Automated | XXXXXX5162 | 0 | 0 |
| Unable to locate records with the information provided. | | | |
| Deposits with offsets | XXXXXX6141 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Checks/Debits | XXXXXX1124 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Checks/Debits | XXXXXX1914 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |

Case No: 26999240; Agency Case No: 2022R00620

WFB_001240

| Wire Automated | XXXXXX8846 | 1 | 1 |
|---|---|---|---|

Total Copies Delivered: 1,374

**Additional comments:**

The bank's standard record retention period is seven years.

I declare under penalty of perjury under the law(s) of the state of Georgia that the foregoing is true and correct according to my knowledge and belief.   Executed on this 20th day of December, 2022, in the City of Charlotte, State of NORTH CAROLINA.

_Doris Clark_
Subpoena Processing Representative

Image copies of requested transactions may be missing for the following reasons:  Items not imaged, corrupted, blank, damaged, destroyed or not available, item(s) piggy-backed, electronic transaction(s).  If the legal order requests certain types of loan information and other non-depository information, it was forwarded to other departments and they will respond to you directly.

WFB_001241


## BUSINESS RECORDS DECLARATION

I, Desmond Broadnax, am over the age of eighteen and I declare that I am employed by Wells Fargo Bank, N.A. ("Wells Fargo") in the Summons and Subpoenas Department and am a duly authorized and qualified witness to certify the authenticity of the attached documents and/or information produced pursuant to the legal order. Wells Fargo reserves the right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced. I certify that the attached records:

A) Were prepared by personnel of Wells Fargo in the ordinary course of business at or near the time of the acts, conditions or events described in the records; and

B) It was the ordinary course of business for Wells Fargo employees or representatives with knowledge of the act, event, or condition recorded to make the record or transmit the information therein to be included in such record.

C) The records attached are true and correct copies of the business records as maintained by Wells Fargo.

**The records produced are described as follows:**

Case number: 30688003

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---|---|
| Signature Cards | XXXXXX1914 | 5 | 5 |
| Deposits with offsets | XXXXXX2220 | 2 | 2 |
| Signature Cards | XXXXXX4436 | 5 | 5 |
| Signature Cards | XXXXXX8146 | 5 | 5 |
| Wire Automated | XXXXXX8846 | 0 | 0 |
| Unable to locate records with the information provided. | | | |
| Checks/Debits | XXXXXX8846 | 56 | 56 |
| Wire Automated | XXXXXX6141 | 3 | 3 |
| Checks/Debits | XXXXXX6141 | 4 | 4 |
| Statements | XXXXXX1914 | 47 | 47 |
| Wire Automated | XXXXXX0136 | 4 | 4 |
| Signature Cards | XXXXXX2220 | 5 | 5 |
| Deposits with offsets | XXXXXX6117 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Signature Cards | XXXXXX5162 | 6 | 6 |
| Deposits with offsets | XXXXXX8146 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Checks/Debits | XXXXXX0136 | 1 | 1 |
| Statements | XXXXXX4436 | 61 | 61 |
| Statements | XXXXXX8146 | 23 | 23 |
| Statements | XXXXXX5162 | 72 | 72 |

Case No: 30688003; Agency Case No: 2022R00620049

WFB-049-000010

| | | | |
|---|---|---|---|
| Checks/Debits | XXXXXX4436 | 1 | 1 |
| Wire Automated | XXXXXX2220 | 1 | 1 |
| Checks/Debits | XXXXXX8146 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Deposits with offsets | XXXXXX1914 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Deposits with offsets | XXXXXX0136 | 2 | 2 |
| Deposits with offsets | XXXXXX8853 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Statements | XXXXXX8853 | 44 | 44 |
| Checks/Debits | XXXXXX6117 | 1 | 1 |
| Signature Cards | XXXXXX8853 | 0 | 0 |
| Unable to locate records with the information provided. | | | |
| Statements | XXXXXX0136 | 49 | 49 |
| Deposits with offsets | XXXXXX4436 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Statements | XXXXXX6141 | 34 | 34 |
| Wire Automated | XXXXXX8853 | 1 | 1 |
| Checks/Debits | XXXXXX8853 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Statements | XXXXXX6117 | 46 | 46 |
| Checks/Debits | XXXXXX2238 | 1 | 1 |
| Checks/Debits | XXXXXX2220 | 11 | 11 |
| Deposits with offsets | XXXXXX5162 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Statements | XXXXXX2220 | 30 | 30 |
| Signature Cards | XXXXXX0136 | 3 | 3 |
| Wire Automated | XXXXXX4436 | 0 | 0 |
| Unable to locate records with the information provided. | | | |
| Signature Cards | XXXXXX6117 | 5 | 5 |
| Wire Automated | XXXXXX1914 | 3 | 3 |
| Wire Automated | XXXXXX8146 | 0 | 0 |
| Unable to locate records with the information provided. | | | |
| Wire Automated | XXXXXX6117 | 0 | 0 |

Case No: 30688003; Agency Case No: 2022R00620049

WFB-049-000011

| | | | |
|---|---|---|---|
| Unable to locate records with the information provided. | | | |
| Statements | XXXXXX2238 | 0 | 0 |
| Unable to locate records with the information provided. | | | |
| Wire Automated | XXXXXX5162 | 0 | 0 |
| Unable to locate records with the information provided. | | | |
| Deposits with offsets | XXXXXX2238 | 2 | 2 |
| Signature Cards | XXXXXX2238 | 0 | 0 |
| Unable to locate records with the information provided. | | | |
| Statements | XXXXXX8846 | 35 | 35 |
| Signature Cards | XXXXXX8846 | 5 | 5 |
| Wire Automated | XXXXXX2238 | 0 | 0 |
| Unable to locate records with the information provided. | | | |
| Checks/Debits | XXXXXX5162 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Checks/Debits | XXXXXX1914 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Deposits with offsets | XXXXXX6141 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Deposits with offsets | XXXXXX8846 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Signature Cards | XXXXXX6141 | 0 | 0 |
| Unable to locate records with the information provided. | | | |
| | | **Total Copies Delivered:** | **573** |

**Additional comments:**

The bank's standard record retention period is seven years.

I declare under penalty of perjury under the law(s) of the state of Georgia that the foregoing is true and correct according to my knowledge and belief. Executed on this 19th day of April, 2025, in the City of Charlotte, State of NORTH CAROLINA.

_Desmond Brandon_
Subpoena Processing Representative

WFB-049-000012

Image copies of requested transactions may be missing for the following reasons: Items not imaged, corrupted, blank, damaged, destroyed or not available, item(s) piggy-backed, electronic transaction(s). If the legal order requests certain types of loan information and other non-depository information, it was forwarded to other departments and they will respond to you directly.

WFB-049-000013

WELLS
FARGO

## BUSINESS RECORDS DECLARATION

I, Christopher Hester, am over the age of eighteen and I declare that I am employed by Wells Fargo Bank, N.A. ("Wells Fargo") in the Summons and Subpoenas Department and am a duly authorized and qualified witness to certify the authenticity of the attached documents and/or information produced pursuant to the legal order. Wells Fargo reserves the right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced. I certify that the attached records:

A) Were prepared by personnel of Wells Fargo in the ordinary course of business at or near the time of the acts, conditions or events described in the records; and

B) It was the ordinary course of business for Wells Fargo employees or representatives with knowledge of the act, event, or condition recorded to make the record or transmit the information therein to be included in such record.

C) The records attached are true and correct copies of the business records as maintained by Wells Fargo.

**The records produced are described as follows:**

Case number: 30228575

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---|---|
| Checks/Debits | XXXXXX4436 | 1 | 1 |
| Account REDACTED 1436 Withdrawal date 03/07/2022 for 50000.00 was cash out. | | | |

**Total Copies Delivered:** 1

**Additional comments:**

The bank's standard record retention period is seven years.

I declare under penalty of perjury under the law(s) of the state of Georgia that the foregoing is true and correct according to my knowledge and belief. Executed on this 18th day of December, 2024, in the City of Charlotte, State of NORTH CAROLINA.

*Christopher Hester*

Subpoena Processing Representative

Image copies of requested transactions may be missing for the following reasons: Items not imaged, corrupted, blank, damaged, destroyed or not available, item(s) piggy-backed, electronic transaction(s). If the legal order requests certain types of loan information and other non-depository information, it was forwarded to other departments and they will respond to you directly.

WFB_024_000001



RE: WORTHAM, KAYRICKA ET AL

## CERTIFICATION OF BANK RECORDS

I, IVELISSE BETANCOURT do hereby certify under penalties and perjury that I am the custodian of records for Truist Financial and that the attached documents are true and accurate copies of our business records, maintained, and/or prepared by our company.

It is further certified that the records were made at or near the time of the occurrence of the matters set forth by a person with knowledge of those matters. The records were made and kept in the course of regularly conducted business activity and it is a regular practice of our company to make and keep such records.

Signature _____

_____09/02/2022_____
Date




# BUSINESS RECORDS DECLARATION

I, Elijah Rushing, am over the age of eighteen and I declare that I am employed by Wells Fargo Bank, N.A. ("Wells Fargo") in the Summons and Subpoenas Department and am a duly authorized and qualified witness to certify the authenticity of the attached documents and/or information produced pursuant to the legal order. Wells Fargo reserves the right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced. I certify that the attached records:

A) Were prepared by personnel of Wells Fargo in the ordinary course of business at or near the time of the acts, conditions or events described in the records; and

B) It was the ordinary course of business for Wells Fargo employees or representatives with knowledge of the act, event, or condition recorded to make the record or transmit the information therein to be included in such record.

C) The records attached are true and correct copies of the business records as maintained by Wells Fargo.

**The records produced are described as follows:**

Case number: 27417915

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---|---|
| Signature Cards | XXXXXX9310 | 3 | 3 |
| Wire Automated | XXXXXX7057 | 0 | 0 |
| Unable to locate records with the information provided. | | | |
| Deposits with offsets | XXXXXX7057 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Signature Cards | XXXXXX7057 | 8 | 8 |
| Wire Automated | XXXXXX9310 | 2 | 2 |
| Deposits with offsets | XXXXXX7040 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Checks/Debits | XXXXXX9310 | 1 | 1 |
| Statements | XXXXXX7057 | 19 | 19 |
| Deposits with offsets | XXXXXX9310 | 2 | 2 |
| Wire Automated | XXXXXX7040 | 0 | 0 |
| Unable to locate records with the information provided. | | | |
| Statements | XXXXXX7040 | 19 | 19 |
| Checks/Debits | XXXXXX7057 | 2 | 2 |
| Checks/Debits | XXXXXX7040 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Statements | XXXXXX9310 | 38 | 38 |

Case No: 27417915; Agency Case No: 2022R00620011

WFB_000007

| Signature Cards | XXXXXX7040 | 8 | 8 |
| --- | --- | --- | --- |
| | Total Copies Delivered: | | 102 |

**Additional comments:**

The bank's standard record retention period is seven years.

I declare under penalty of perjury under the law(s) of the state of Georgia that the foregoing is true and correct according to my knowledge and belief. Executed on this 12th day of December, 2022, in the City of Charlotte, State of NORTH CAROLINA.

_Elijah Rodriguez_

Subpoena Processing Representative

Image copies of requested transactions may be missing for the following reasons: Items not imaged, corrupted, blank, damaged, destroyed or not available, item(s) piggy-backed, electronic transaction(s). If the legal order requests certain types of loan information and other non-depository information, it was forwarded to other departments and they will respond to you directly.



# BUSINESS RECORDS DECLARATION

I, Jeanine Porterfield, am over the age of eighteen and I declare that I am employed by Wells Fargo Bank, N.A. ("Wells Fargo") in the Summons and Subpoenas Department and am a duly authorized and qualified witness to certify the authenticity of the attached documents and/or information produced pursuant to the legal order.  Wells Fargo reserves the right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced.   I certify that the attached records:

    A)    Were prepared by personnel of Wells Fargo in the ordinary course of business at or near the time of the acts, conditions or events described in the records; and

    B)    It was the ordinary course of business for Wells Fargo employees or representatives with knowledge of the act, event, or condition recorded to make the record or transmit the information therein to be included in such record.

    C)    The records attached are true and correct copies of the business records as maintained by Wells Fargo.

## The records produced are described as follows:

Case number: 31199141

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---|---|
| Signature Cards | XXXXXX9310 | 3 | 3 |
| | | **Total Copies Delivered:** | **3** |

**Additional comments:**

The bank's standard record retention period is seven years.

I declare under penalty of perjury under the law(s) of the state of Georgia that the foregoing is true and correct according to my knowledge and belief.   Executed on this 19th day of August, 2025, in the City of Charlotte, State of NORTH CAROLINA.

_____
Subpoena Processing Representative

Image copies of requested transactions may be missing for the following reasons:  Items not imaged, corrupted, blank, damaged, destroyed or not available, item(s) piggy-backed, electronic transaction(s).  If the legal order requests certain types of loan information and other non-depository information, it was forwarded to other departments and they will respond to you directly.

Case No: 31199141; Agency Case No: 2022R00620049



Summons and Subpoenas Department
PO Box 1415 MAC #D1111-016
Charlotte, NC 28201
Voice: 480-724-2000

## BUSINESS RECORDS DECLARATION

I, Joy Grant, am over the age of eighteen and I declare that I am employed by Wells Fargo Bank, N.A. ("Wells Fargo") in the Summons and Subpoenas Department and am a duly authorized and qualified witness to certify the authenticity of the attached documents and/or information produced pursuant to the legal order. Wells Fargo reserves the right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced. I certify that the attached records:

A) Were prepared by personnel of Wells Fargo in the ordinary course of business at or near the time of the acts, conditions or events described in the records; and

B) It was the ordinary course of business for Wells Fargo employees or representatives with knowledge of the act, event, or condition recorded to make the record or transmit the information therein to be included in such record.

C) The records attached are true and correct copies of the business records as maintained by Wells Fargo.

**The records produced are described as follows:**

Case number: 27993485

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---|---|
| Checks/Debits | XXXXXX8146 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Statements | XXXXXX8146 | 65 | 65 |
| Certified Checks | XXXXXX8146 | 0 | 0 |
| Unable to locate Certified Checks for the time frame requested. | | | |
| Deposits with offsets | XXXXXX8146 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Wire Automated | XXXXXX8146 | 0 | 0 |
| Unable to locate the requested wire transfer records for account ending 8146 within time frame requested. | | | |
| Signature Cards | XXXXXX8146 | 5 | 5 |
| | **Total Copies Delivered:** | | **70** |

**Additional comments:**

The bank's standard record retention period is seven years.

Case No: 27993485; Agency Case No: 2022R00620024

WFB-024-000014

I declare under penalty of perjury under the law(s) of the state of Georgia that the foregoing is true and correct according to my knowledge and belief.   Executed on this 7th day of May, 2023, in the City of Charlotte, State of NORTH CAROLINA.

_____
Subpoena Processing Representative

Image copies of requested transactions may be missing for the following reasons:  Items not imaged, corrupted, blank, damaged, destroyed or not available, item(s) piggy-backed, electronic transaction(s).  If the legal order requests certain types of loan information and other non-depository information, it was forwarded to other departments and they will respond to you directly.

WFB-024-000015

## <u>CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)</u>

I, __Jenice Jones_____, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, attest that the information contained in this certification is true and correct. I am employed by __Navy Federal Credit Union__ ("Company"), and my title is __Subpoena Specialist_____. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of Company. The attached records consist generally of account statements, transaction detail, video surveillance, etc.____. I further state that:

1. All records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of Company, and they were made by Company as a regular practice; and

2. To the extent the records were generated by an electronic process or system, such records were generated by Company's electronic process or system that produces an accurate result, to wit:

   a. The records were copied from electronic device/s, storage medium/s, or file/s in the custody of Company in a manner to ensure that they are true duplicates of the original records; and

   b. The process or system is regularly verified by Company, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Federal Rules of Evidence 902(11) and 902(13).

__September 26, 2022_____
Date

__[signature]_____
Signature





# BUSINESS RECORDS DECLARATION

I, Elijah Rushing, am over the age of eighteen and I declare that I am employed by Wells Fargo Bank, N.A. ("Wells Fargo") in the Summons and Subpoenas Department and am a duly authorized and qualified witness to certify the authenticity of the attached documents and/or information produced pursuant to the legal order. Wells Fargo reserves the right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced. I certify that the attached records:

    A)    Were prepared by personnel of Wells Fargo in the ordinary course of business at or near the time of the acts, conditions or events described in the records; and

    B)    It was the ordinary course of business for Wells Fargo employees or representatives with knowledge of the act, event, or condition recorded to make the record or transmit the information therein to be included in such record.

    C)    The records attached are true and correct copies of the business records as maintained by Wells Fargo.

**The records produced are described as follows:**

Case number: 26999350

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---|---|
| Checks/Debits | XXXXXX0416 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Signature Cards | XXXXXX0638 | 2 | 2 |
| Checks/Debits | XXXXXX1402 | 2 | 2 |
| Wire Automated | XXXXXX6366 | 3 | 3 |
| Wire Automated | XXXXXX0638 | 2 | 2 |
| Statements | XXXXXX0638 | 14 | 14 |
| Signature Cards | XXXXXX0416 | 2 | 2 |
| Signature Cards | XXXXXX6366 | 3 | 3 |
| Signature Cards | XXXXXX2638 | 0 | 0 |
| Unable to locate signature card for account ending in 2638. | | | |
| Statements | XXXXXX4484 | 30 | 30 |
| Checks/Debits | XXXXXX9248 | 3 | 3 |
| Deposits with offsets | XXXXXX7611 | 4 | 4 |
| Deposits with offsets | XXXXXX4484 | 12 | 12 |
| Deposits with offsets | XXXXXX6366 | 7 | 7 |
| Deposits with offsets | XXXXXX0638 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Signature Cards | XXXXXX1402 | 2 | 2 |
| Signature Cards | XXXXXX4484 | 0 | 0 |

Case No: 26999350; Agency Case No: 2022R00620011

WEB_000222

| | | | |
|---|---|---|---|
| Unable to locate Signature card for account ending in 4484. | | | |
| Wire Automated | XXXXXX4484 | 1 | 1 |
| Wire Automated | XXXXXX9485 | 1 | 1 |
| Signature Cards | XXXXXX7611 | 3 | 3 |
| Statements | XXXXXX9485 | 147 | 147 |
| Deposits with offsets | XXXXXX9485 | 17 | 17 |
| Wire Automated | XXXXXX9239 | 0 | 0 |
| Unable to locate records with the information provided. | | | |
| Statements | XXXXXX7611 | 78 | 78 |
| Statements | XXXXXX9239 | 29 | 29 |
| Signature Cards | XXXXXX4220 | 3 | 3 |
| Statements | XXXXXX6366 | 26 | 26 |
| Checks/Debits | XXXXXX7611 | 7 | 7 |
| Checks/Debits | XXXXXX2638 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Wire Automated | XXXXXX4220 | 0 | 0 |
| Unable to locate records with the information provided. | | | |
| Statements | XXXXXX4220 | 88 | 88 |
| Signature Cards | XXXXXX9239 | 2 | 2 |
| Checks/Debits | XXXXXX0638 | 1 | 1 |
| Deposits with offsets | XXXXXX2638 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Wire Automated | XXXXXX7611 | 1 | 1 |
| Deposits with offsets | XXXXXX9239 | 28 | 28 |
| Signature Cards | XXXXXX9485 | 2 | 2 |
| Checks/Debits | XXXXXX4220 | 3 | 3 |
| Deposits with offsets | XXXXXX4220 | 16 | 16 |
| Statements | XXXXXX9248 | 30 | 30 |
| Wire Automated | XXXXXX2638 | 0 | 0 |
| Unable to locate records with the information provided. | | | |
| Checks/Debits | XXXXXX9485 | 5 | 5 |
| Statements | XXXXXX0416 | 47 | 47 |
| Deposits with offsets | XXXXXX1402 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Signature Cards | XXXXXX9248 | 2 | 2 |
| Deposits with offsets | XXXXXX9248 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |

Case No: 26999350; Agency Case No: 2022R00620011

WFB_000223

| | | | |
|---|---|---|---|
| Wire Automated | XXXXXX1402 | 4 | 4 |
| Checks/Debits | XXXXXX6366 | 8 | 8 |
| Statements | XXXXXX2638 | 16 | 16 |
| Checks/Debits | XXXXXX9239 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Deposits with offsets | XXXXXX0416 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Wire Automated | XXXXXX9248 | 2 | 2 |
| Statements | XXXXXX1402 | 15 | 15 |
| XCC Statements | XXXXXXXXXXXX4191 | 12 | 12 |
| Checks/Debits | XXXXXX4484 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Wire Automated | XXXXXX0416 | 0 | 0 |
| Unable to locate records with the information provided. | | | |

| | |
|---|---|
| Total Copies Delivered: | 680 |

**Additional comments:**

The bank's standard record retention period is seven years.

I declare under penalty of perjury under the law(s) of the state of Georgia that the foregoing is true and correct according to my knowledge and belief. Executed on this 6th day of September, 2022, in the City of Charlotte, State of NORTH CAROLINA.



Subpoena Processing Representative

Image copies of requested transactions may be missing for the following reasons: Items not imaged, corrupted, blank, damaged, destroyed or not available, item(s) piggy-backed, electronic transaction(s). If the legal order requests certain types of loan information and other non-depository information, it was forwarded to other departments and they will respond to you directly.

Case No: 26999350; Agency Case No: 2022R00620011

WFB_000224



# BUSINESS RECORDS DECLARATION

I, Elijah Rushing, am over the age of eighteen and I declare that I am employed by Wells Fargo Bank, N.A. ("Wells Fargo") in the Summons and Subpoenas Department and am a duly authorized and qualified witness to certify the authenticity of the attached documents and/or information produced pursuant to the legal order. Wells Fargo reserves the right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced. I certify that the attached records:

A) Were prepared by personnel of Wells Fargo in the ordinary course of business at or near the time of the acts, conditions or events described in the records; and

B) It was the ordinary course of business for Wells Fargo employees or representatives with knowledge of the act, event, or condition recorded to make the record or transmit the information therein to be included in such record.

C) The records attached are true and correct copies of the business records as maintained by Wells Fargo.

**The records produced are described as follows:**

Case number: 31233296

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---|---|
| Certified Checks | XXXXXX7611 | 3 | 3 |
| | | **Total Copies Delivered:** | **3** |

**Additional comments:**

The bank's standard record retention period is seven years.

I declare under penalty of perjury under the law(s) of the state of Georgia that the foregoing is true and correct according to my knowledge and belief. Executed on this 25th day of August, 2025, in the City of Charlotte, State of NORTH CAROLINA.



Subpoena Processing Representative

Image copies of requested transactions may be missing for the following reasons: Items not imaged, corrupted, blank, damaged, destroyed or not available, item(s) piggy-backed, electronic transaction(s). If the legal order requests certain types of loan information and other non-depository information, it was forwarded to other departments and they will respond to you directly.

**WELLS FARGO**

# BUSINESS RECORDS DECLARATION

I, Elijah Rushing, am over the age of eighteen and I declare that I am employed by Wells Fargo Bank, N.A. ("Wells Fargo") in the Summons and Subpoenas Department and am a duly authorized and qualified witness to certify the authenticity of the attached documents and/or information produced pursuant to the legal order. Wells Fargo reserves the right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced. I certify that the attached records:

A) Were prepared by personnel of Wells Fargo in the ordinary course of business at or near the time of the acts, conditions or events described in the records; and

B) It was the ordinary course of business for Wells Fargo employees or representatives with knowledge of the act, event, or condition recorded to make the record or transmit the information therein to be included in such record.

C) The records attached are true and correct copies of the business records as maintained by Wells Fargo.

**The records produced are described as follows:**

Case number: 31279111

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---|---|
| Note to Client | | 0 | 0 |
| Unable to locate withdrawal slip for 295000.00 cashiers check | | | |
| Certified Checks | XXXXXX7611 | 2 | 2 |
| | | **Total Copies Delivered:** | **2** |

**Additional comments:**

The bank's standard record retention period is seven years.

I declare under penalty of perjury under the law(s) of the state of Georgia that the foregoing is true and correct according to my knowledge and belief. Executed on this 7th day of September, 2025, in the City of Charlotte, State of NORTH CAROLINA.

*Elijah Rushing*

Subpoena Processing Representative

Image copies of requested transactions may be missing for the following reasons: Items not imaged, corrupted, blank, damaged, destroyed or not available, item(s) piggy-backed, electronic transaction(s). If the legal order requests certain types of loan information and other non-depository information, it was forwarded to other departments and they will respond to you directly.

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, _Janet A. Wray-Bryant_ , under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, attest that the information contained in this certification is true and correct. I am employed by _Pentagon Federal C.U._ ("Company"), and my title is _Subpoena Specialist_ . I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of Company. The attached records consist generally of _Subpoena, Membership, Consolidated statements, IP Address Loan payments & ACH Transactions_ I further state that: _No Record Letter, Application_

1. All records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of Company, and they were made by Company as a regular practice; and

2. To the extent the records were generated by an electronic process or system, such records were generated by Company's electronic process or system that produces an accurate result, to wit:

   a. The records were copied from electronic device/s, storage medium/s, or file/s in the custody of Company in a manner to ensure that they are true duplicates of the original records; and

   b. The process or system is regularly verified by Company, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Federal Rules of Evidence 902(11) and 902(13).

_August 22, 2022_
Date

_Janet A. Wray-Bryant_
Signature



**PENFED**
**CREDIT UNION**

## DECLARATION OF CUSTODIAN OF RECORDS

Pursuant to 28 U.S.C. § 1746, I, the undersigned, hereby declares as follows:

My name is Katina Spriggs. I am over eighteen years of age. I am the custodian of records for Pentagon Federal Credit Union (PenFed), or I am otherwise qualified as a result of my position with PenFed to make this declaration, and I am familiar with the manner in which the records are made and maintained.

I am in receipt of a subpoena dated 01/26/2023, issued by , requesting specified records referenced below.

Attached hereto are  pages of records regarding Membership Profile, Account Statements, IP Address log, Correspondence, Note to Requester, copy of Subpoena, and Declaration of Custodian of Records. responsive to the subpoena.  I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of PenFed.  Pursuant to Rules 902(11) and 803(6) of the Federal Rules of Evidence, I hereby certify that:

1. all records attached to this certificate were made at or near the time of the occurrence of the matters set forth, by, or from information transmitted by, a person with knowledge of those matters;

2. such records were kept in the regular course of a regularly conducted business activity of PenFed; and

3. such records were made by PenFed as a regular practice.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on February 13, 2023.

Katina Spriggs
Subpoena Specialist

PFCU_000184



RE: EVOLVE & ELEVATE INC ET AL

## CERTIFICATION OF BANK RECORDS

I, Madilyn Mayers Parker, do hereby certify under penalties and perjury that I am the custodian of records for Truist Financial and that the attached documents are true and accurate copies of our business records, maintained, and/or prepared by our company.

It is further certified that the records were made at or near the time of the occurrence of the matters set forth by a person with knowledge of those matters. The records were made and kept in the course of regularly conducted business activity and it is a regular practice of our company to make and keep such records.

_Madilyn Parker_
Signature

February 24, 2023
Date

# DECLARATION OF EMPLOYEE OF CUSTODIAN OF RECORDS

The undersigned declares:

1.  Fidelity Investments is a trade name for a group of separate but affiliated services companies, one of which, Fidelity Workplace Services Company, LLC. ("Fidelity"), provides administrative record-keeping services to employer-sponsored qualified retirement plans.

2.  I am an employee of Fidelity, the duly authorized custodian of these records.

3.  I have authority to certify these records.

4.  The copies transmitted are true copies of the original records described in the Subpoena.

5.  The records referred to above were kept and prepared by personnel of Fidelity with knowledge of said records, in the ordinary course of business, at or near the time of the acts, conditions or events recorded.

6.  Number of pages (excluding this declaration): 19

Executed, March 2, 2023 at Merrimack, New Hampshire

I declare under penalty of perjury that the foregoing is true and correct.

Signature: ~~Alanena Putnam~~

Name: Alanena Putnam

Title: Legal Operations Analyst

STATE OF NEW HAMPSHIRE )
County of Hillsborough )

On this day, before me, the undersigned notary public, personally appeared Alanena Putnam proved to me through satisfactory evidence of identification, which were personal knowledge of identity, to be the person whose name is signed on the preceding document and acknowledged to me that she signed it voluntarily for its stated purpose.

Notary Public: _____    My Commission Expires My Commission Expires June 1, 2027

Ryan Evans
Notary Public, State of New Hampshire
My Commission Expires June 1, 2027

## DECLARATION OF EMPLOYEE OF CUSTODIAN OF RECORDS

The undersigned declares:

1. Fidelity Investments is a trade name for a group of separate but affiliated services companies, one of which, Fidelity Workplace Services Company, LLC. ("Fidelity"), provides administrative record-keeping services to employer-sponsored qualified retirement plans.

2. I am an employee of Fidelity, the duly authorized custodian of these records.

3. I have authority to certify these records.

4. The copies transmitted are true copies of the original records described in the Subpoena.

5. The records referred to above were kept and prepared by personnel of Fidelity with knowledge of said records, in the ordinary course of business, at or near the time of the acts, conditions or events recorded.

6. Number of pages (excluding this declaration): 32

Executed, March 2, 2023 at Merrimack, New Hampshire

I declare under penalty of perjury that the foregoing is true and correct.

Signature: *[signature]*

Name: Alanena Putnam

Title: Legal Operations Analyst

STATE OF NEW HAMPSHIRE )
County of Hillsborough )

On this day, before me, the undersigned notary public, personally appeared Alanena Putnam proved to me through satisfactory evidence of identification, which were personal knowledge of identity, to be the person whose name is signed on the preceding document and acknowledged to me that she signed it voluntarily for its stated purpose.

Notary Public: _____   My Commission Expires _____

Ryan Evans
Notary Public, State of New Hampshire
My Commission Expires June 1, 2027

## DECLARATION OF EMPLOYEE OF CUSTODIAN OF RECORDS

The undersigned declares:

1. Fidelity Investments is a trade name for a group of separate but affiliated services companies, one of which, Fidelity Workplace Services Company, LLC. ("Fidelity"), provides administrative record-keeping services to employer-sponsored qualified retirement plans.

2. I am an employee of Fidelity, the duly authorized custodian of these records.

3. I have authority to certify these records.

4. The copies transmitted are true copies of the original records described in the Subpoena.

5. The records referred to above were kept and prepared by personnel of Fidelity with knowledge of said records, in the ordinary course of business, at or near the time of the acts, conditions or events recorded.

6. Number of pages (excluding this declaration): 23

Executed, March 2, 2023 at Merrimack, New Hampshire

I declare under penalty of perjury that the foregoing is true and correct.

Signature: *Alanena Putnam*

Name: Alanena Putnam

Title: Legal Operations Analyst

STATE OF NEW HAMPSHIRE )
County of Hillsborough )

On this day, before me, the undersigned notary public, personally appeared Alanena Putnam proved to me through satisfactory evidence of identification, which were <u>personal</u> <u>knowledge of identity,</u> to be the person whose name is signed on the preceding document and acknowledged to me that she signed it voluntarily for its stated purpose.

Notary Public: _____   My Commission Expires

Ryan Evans
Notary Public, State of New Hampshire
My Commission Expires June 1, 2027

# DECLARATION OF EMPLOYEE OF CUSTODIAN OF RECORDS

The undersigned declares:

1. Fidelity Investments is a trade name for a group of separate but affiliated services companies, one of which, Fidelity Workplace Services Company, LLC. ("Fidelity"), provides administrative record-keeping services to employer-sponsored qualified retirement plans.

2. I am an employee of Fidelity, the duly authorized custodian of these records.

3. I have authority to certify these records.

4. The copies transmitted are true copies of the original records described in the Subpoena.

5. The records referred to above were kept and prepared by personnel of Fidelity with knowledge of said records, in the ordinary course of business, at or near the time of the acts, conditions or events recorded.

6. Number of pages (excluding this declaration): 47

Executed, March 2, 2023 at Merrimack, New Hampshire

I declare under penalty of perjury that the foregoing is true and correct.

Signature: *Alanena Putnam*

Name: Alanena Putnam

Title: Legal Operations Analyst

STATE OF NEW HAMPSHIRE )
County of Hillsborough )

On this day, before me, the undersigned notary public, personally appeared Alanena Putnam proved to me through satisfactory evidence of identification, which were personal knowledge of identity, to be the person whose name is signed on the preceding document and acknowledged to me that she signed it voluntarily for its stated purpose.

Notary Public: _____ My Commission Expires My Commission Expires June 1, 2027

Ryan Evans
Notary Public, State of New Hampshire
My Commission Expires June 1, 2027

FIDELITY_000048

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, _John Spurway_____, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, attest that the information contained in this certification is true and correct. I am employed by _Fidelity Investments_____ ("Company"), and my title is _Manager_____. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of Company. The attached records consist generally of _See attached .pdf_____. I further state that:

1. All records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of Company, and they were made by Company as a regular practice; and

2. To the extent the records were generated by an electronic process or system, such records were generated by Company's electronic process or system that produces an accurate result, to wit:

   a. The records were copied from electronic device/s, storage medium/s, or file/s in the custody of Company in a manner to ensure that they are true duplicates of the original records; and

   b. The process or system is regularly verified by Company, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Federal Rules of Evidence 902(11) and 902(13).

_3-7-2023_____        _John Spurway_____
Date                            Signature

074.48-000558-020523.007 020523 1057 EST

Bank of America Legal Order Processing
Regarding reference number: D081622000703
Court case number: 2022R00620-023
Court or issuer: UNITED STATES
ATTORNEY'S OFFICE
Court case name: KRISTINA SNYDER

### DECLARATION OF BANK OF AMERICA BANK OFFICER AND/OR CUSTODIAN OF RECORDS

1.) Authority. I, _Destiny Self_____, am a duly authorized bank officer and/or custodian of the records of Bank of America N.A with authority to execute this declaration and certify to the authenticity and accuracy of the records produced with this declaration.

2.) Records. The records produced herewith by Bank of America, N.A. are original documents or are true copies of records of a regularly conducted banking activity that:
   a.) Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;
   b.) Were made and kept in the course of regularly conducted banking activity by Bank of America, N.A. personnel or by persons acting under their control; and
   c.) Were made and kept by the regularly conducted activity of Bank of America N.A. as a regular practice, on or about the time of the act, condition, or event recorded.

Additional Comments:

| Account title: | Account number ending in: | Document type: | Timeframe: |
|---|---|---|---|
| SHELDON N HARRIS | 4042 | Debit, Statement Pages, Signature Card, Deposits, Offsets | 01/2021 - 08/2022 |

3.) Production.
   X____The records produced herewith (together with any banking records produced by Bank of America N.A. previously in response to the subject request, order, or subpoena) constitute a complete production of bank records responsive to the subject request order or subpoena (or a complete production under the terms of a subject request, order, subpoena as subsequently limited by the issuer).
                                                         OR
   _____A thorough search has been conducted and no records could be located that are responsive to the subject request, order, or subpoena.

4.) I declare under penalty of perjury that the foregoing is true and correct.

Date: April 26th, 2023    Signature: Destiny Self _____
Digitally signed by Destiny Self
Date: 2023.04.26 06:19:28 -07'00'

BOA_004314

| State of Missouri | ) |
|---|---|
| | ) ss. |
| County of St. Louis County | ) |

## AFFIDAVIT FOR BUSINESS RECORDS

Before me, the undersigned authority, personally appeared <u>Tyler Kennedy</u>, who, being by me duly sworn, deposes as follows:

My name is <u>Tyler Kennedy</u>, I am of sound mind, capable of making this affidavit, and <u>Tyler Kennedy</u> personally acquainted with the facts herein stated:

I am the custodian of records of <u>THE CENTRAL TRUST BANK.</u>

Attached herein are <u>252</u> pages of records from <u>THE CENTRAL TRUST BANK.</u> These <u>252</u> pages of records are kept by <u>THE CENTRAL TRUST BANK</u> in the regular course of <u>THE CENTRAL TRUST BANK</u> business, and it was the regular course of business of <u>THE CENTRAL TRUST BANK</u> for an employee or representative of <u>THE CENTRAL TRUST BANK</u> with knowledge of <u>THE CENTRAL TRUST BANK</u> act, event, condition, opinion, or diagnosis recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time of the act, event, condition, opinion, or diagnosis.

The records attached hereto are the original or exact duplicates of the original.

_____
Affiant

In witness whereof I have hereunto subscribed my name and affixed my official seal this <u>21</u> day of <u>April</u>, 20<u>23</u>.

_____
(SIGNED)

SUSAN COX
Notary Public - Notary Seal
STATE OF MISSOURI
St. Louis County
My Commission Expires: Dec. 28, 2026
Commission # 14632322
(SEAL)

RE:     Case#: 2022R00620-047

ATTN:  Stephen McClain - Attorney

CTB47-000008

# DECLARATION

## Case No. : 2022R00620, 2022R000620-026

Tammy Neathery, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 14800 Frye Road, Fort Worth, Texas 76155.

3. I am a Transactions Specialist III and Custodian of Records for JPMorgan Chase Bank, N.A. (hereinafter referred to as the "Bank") in the National Subpoena Processing Department located in Fort Worth, Texas.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from information transmitted by a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of Texas, that the foregoing is true and correct.

Dated: 08/24/2022

By: _Tammy Neathery_
Tammy Neathery
Transactions Specialist III
JPMORGAN CHASE BANK, N.A.

SB1356181-F1

SUBP52a

STATE OF MISSOURI            )
                             )SS.
COUNTY OF ST. LOUIS          )



## AFFIDAVIT

Before me, the undersigned authority, personally appeared Marcia Fort, who being by me

duly sworn, deposed as follows:

My name is Marcia Fort, I am of sound mind, capable of making this affidavit, and

personally acquainted with the facts herein stated:

I am a custodian of records of MIDWEST BANKCENTRE, 2191 Lemay Ferry Rd.

St. Louis, MO 63125. Attached herein are the **75** pages of records from MIDWEST BANKCENTRE in the

matter of **account #** REDACTED **)889.**

These pages of records were kept by bank employees in the regular course of business, and it was the regular

course of business of MIDWEST BANKCENTRE for an employee or representative of MIDWEST BANK

CENTRE with knowledge of the act, event, condition, opinion, or diagnosis recorded to make the record or

to transmit information thereof to be included in such record; and the record was made at or near the time of

the act, event, condition, opinion or diagnosis. The records attached hereto are the original or exact

duplicates of the original.

MIDWEST BANKCENTRE

Affiant

In witness whereof I have hereunto subscribed my name and affixed by official seal this 2nd day of
September 2022.

RYAN HAGAN
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
ST. LOUIS COUNTY
COMMISSION NUMBER: 21264275
MY COMMISSION EXPIRES: AUGUST 17, 2025

(Notary)

Member
FDIC
NMLS #685869

MidwestBankCentre.com

MBC0069


# REGIONS

IN THE MATTER OF

**Kayricka Wortham; Kayricka Dupree; Kayricka Young; Irene Cus
United States District Court Northern District
2022R00620; 2022R00620-007**

## Certificate of Origin and Authenticity

The attached records, identified within the requested timeframe of 01/01/2021 to 08/03/2022, are described as follows:

**jointsigcard_joint.pdf - Signature Card** [Redacted]7612[ Redacted]1167]
**signature.pdf - Signature Card** [Redacted]2755]
**00002540.tif - Signature Card** [Redacted]7459]
**00231B26.TIF - Signature Card** [Redacted]4592]
**003B35FC.TIF - Signature Card** [Redacted]6410]
**Matter_00-035689.zip - Checking Statements, Deposit / Withdrawal Items** [Redacted]7612]
**Matter_00-035689 (1).zip - Checking Statements, Deposit / Withdrawal Items** [Redacted]4592]
**Matter_00-035689 (2).zip - Checking Statements, Deposit / Withdrawal Items** [Redacted]1908]
**Matter_00-035689 (3).zip - Checking Statements, Deposit / Withdrawal Items** [Redacted]8562]
**Matter_00-035689 (4).zip - Savings Statements** [Redacted]1167]
**Matter_00-035689 (5).zip - Savings Statements** [Redacted]2755]
**Matter_00-035689 (6).zip - Savings Statements** [Redacted]7459]
**Matter_00-035689 (8).zip - Savings Statements** [Redacted]6410]

Regions Bank ("Regions"), regularly creates and maintains statements of account for accounts reflected on its records. Those statements are maintained and stored in computerized form. Checks, deposits and other items documenting specific transactions within the individual deposit accounts reflected on Regions' records are maintained in electronic format or copied onto microfilm and maintained and stored in that format. Signature cards, account maintenance documents, correspondence and other documents as Regions may from time to time collect relating to the accounts reflected on Regions' records are maintained and stored in microfilm, original paper form, electronically or some combination thereof. Together, each of the computerized statements of account, microfiche copies and paper records regarding accounts reflected on Regions' records constitute original entries into Regions' business records. Those entries are made by employees of Regions Bank in the regular and usual course of Regions' trade or business and in the regular and usual course of their duties with respect thereto.

Correspondence, credit, collateral, and other general files consist of memoranda or records of acts, transactions, occurrences, or events related to the business of Regions Bank. Such records are made by employees of Regions Bank in the regular and usual course of Regions' trade or business and in the regular and usual course of their duties with respect thereto. Such records are made at the time of such acts, transactions, occurrences, or events, or within a reasonable time thereafter.

It is the regular and usual course of the business of Regions Bank to maintain copies of all items enclosed herewith, in and as a part of Regions' business records. I am one of the persons designated to initiate and supervise searches of Regions' records for the purpose of making responses to legal process. The search has been diligent and the records enclosed are believed to be complete and the records enclosed are believed to be complete and to comply with the subpoena. They are true and accurate copies of the papers and records in the bank's files.

Witness my hand and seal on September 14, 2022.

## Cameron Hagan
Digitally signed by Cameron Hagan
Date: 2022.09.14 13:19:52 -05'00'

Cameron Hagan

SUB-035689

Regions Bank
Legal Department
1900 5th Avenue North
23rd Floor
Birmingham, AL 35203



## IN THE MATTER OF

**Kayricka Wortham; Kayricka Dupree; Kayricka Young; Irene Cus
United States District Court Northern District
2022R00620; 2022R00620-007**

## Certificate of Origin and Authenticity

The attached records, identified within the requested timeframe of 01/01/2021 to 08/03/2022, are described as follows:

**jointsigcard_joint.pdf - Signature Card[** REDACTE **7612, :** REDACTE **1167]**
**signature.pdf - Signature Card[** REDACTED **2755]**
**00002540.tif - Signature Card[** REDACTED **7459]**
**00231B26.TIF - Signature Card[** REDACTED **4592]**
**003B35FC.TIF - Signature Card[** REDACTED **6410]**
**Matter_00-035689.zip - Checking Statements, Deposit / Withdrawal Items[** REDACTE **7612]**
**Matter_00-035689 (1).zip - Checking Statements, Deposit / Withdrawal Items[** REDACTED **92]**
**Matter_00-035689 (2).zip - Checking Statements, Deposit / Withdrawal Items[** REDACTE **1908]**
**Matter_00-035689 (3).zip - Checking Statements, Deposit / Withdrawal Items[** REDACTE **8562]**
**Matter_00-035689 (4).zip - Savings Statements[** REDACTE **1167]**
**Matter_00-035689 (5).zip - Savings Statements[** REDACTE **2755]**
**Matter_00-035689 (6).zip - Savings Statements[** REDACTE **7459]**
**Matter_00-035689 (8).zip - Savings Statements[** REDACTED **6410]**

Regions Bank ("Regions"), regularly creates and maintains statements of account for accounts reflected on its records. Those statements are maintained and stored in computerized form. Checks, deposits and other items documenting specific transactions within the individual deposit accounts reflected on Regions' records are maintained in electronic format or copied onto microfilm and maintained and stored in that format. Signature cards, account maintenance documents, correspondence and other documents as Regions may from time to time collect relating to the accounts reflected on Regions' records are maintained and stored in microfilm, original paper form, electronically or some combination thereof. Together, each of the computerized statements of account, microfiche copies and paper records regarding accounts reflected on Regions' records constitute original entries into Regions' business records. Those entries are made by employees of Regions Bank in the regular and usual course of Regions' trade or business and in the regular and usual course of their duties with respect thereto.

Correspondence, credit, collateral, and other general files consist of memoranda or records of acts, transactions, occurrences, or events related to the business of Regions Bank. Such records are made by employees of Regions Bank in the regular and usual course of Regions' trade or business and in the regular and usual course of their duties with respect thereto. Such records are made at the time of such acts, transactions, occurrences, or events, or within a reasonable time thereafter.

It is the regular and usual course of the business of Regions Bank to maintain copies of all items enclosed herewith, in and as a part of Regions' business records. I am one of the persons designated to initiate and supervise searches of Regions' records for the purpose of making responses to legal process. The search has been diligent and the records enclosed are believed to be complete and to comply with the subpoena. They are true and accurate copies of the papers and records in the bank's files.

Witness my hand and seal on September 14, 2022.

Cameron Hagan
Digitally signed by Cameron Hagan
Date: 2022.09.14 13:19:52 -05'00'

_____
Cameron Hagan

SUB-035689

Restricted

# CERTIFICATION OF CUSTODIAN OF RECORDS

STATE OF MINNESOTA   )
                             )  ss.
COUNTY OF HENNEPIN  )

I, Tracee Jandt, declare and state as follows:

1.    I am the Legal Records Coordinator of U.S. Bank National Association, a corporation duly organized and existing under the laws of the United States, with offices at 800 Nicollet Mall, Minneapolis, Minnesota 55402, and as such have been designated as the Custodian of Records for the purpose of responding to the attached Subpoena Duces Tecum.

2.    The documents delivered with this Certification in response to the Subpoena Duces Tecum represent true and correct copies of documents which are in our files. These records were prepared in the ordinary course of business at or near the time of the act, condition or event.

3.    The documents delivered together with this Certification represent a complete response to the Subpoena Duces Tecum as of this date. A reasonable search has been performed to locate all documents which fall within the purview of the Subpoena Duces Tecum, and I am not aware of the existence of any further documents which would fall within the boundaries of the Subpoena Duces Tecum.

DATED this __18th__ day of __August_____, 20_22_ .

/s/ Tracee Jandt
_____
Custodian of Records

Gr Jr No. 2022R00620-009

US Bank File #S2022-09073



Summons and Subpoenas Department
PO Box 1415 MAC #D1111-016
Charlotte, NC 28201
Voice: 480-724-2000

## BUSINESS RECORDS DECLARATION

I, Jeanine Porterfield, am over the age of eighteen and I declare that I am employed by Wells Fargo Bank, N.A. ("Wells Fargo") in the Summons and Subpoenas Department and am a duly authorized and qualified witness to certify the authenticity of the attached documents and/or information produced pursuant to the legal order. Wells Fargo reserves the right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced. I certify that the attached records:

- A) Were prepared by personnel of Wells Fargo in the ordinary course of business at or near the time of the acts, conditions or events described in the records; and

- B) It was the ordinary course of business for Wells Fargo employees or representatives with knowledge of the act, event, or condition recorded to make the record or transmit the information therein to be included in such record.

- C) The records attached are true and correct copies of the business records as maintained by Wells Fargo.

**The records produced are described as follows:**

Case number: 28086229

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---|---|
| Signature Cards | XXXXXX5940 | 8 | 8 |
| Statements | XXXXXX7040 | 52 | 52 |
| Wire Automated | XXXXXX7040 | 0 | 0 |
| Unable to locate records with the information provided. | | | |
| Wire Automated | XXXXXX5940 | 0 | 0 |
| Unable to locate records with the information provided. | | | |
| Deposits with offsets | XXXXXX5940 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Signature Cards | XXXXXX7040 | 8 | 8 |
| Checks/Debits | XXXXXX5940 | 5 | 5 |
| Checks/Debits | XXXXXX7040 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Statements | XXXXXX5940 | 38 | 38 |
| Deposits with offsets | XXXXXX7040 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| | **Total Copies Delivered:** | | **111** |

Case No: 28086229; Agency Case No: 2022R00620049

**Additional comments:**

The bank's standard record retention period is seven years.

I declare under penalty of perjury under the law(s) of the state of Georgia that the foregoing is true and correct according to my knowledge and belief.   Executed on this 28th day of May, 2023, in the City of Charlotte, State of NORTH CAROLINA.

_____
Subpoena Processing Representative

Image copies of requested transactions may be missing for the following reasons:  Items not imaged, corrupted, blank, damaged, destroyed or not available, item(s) piggy-backed, electronic transaction(s).  If the legal order requests certain types of loan information and other non-depository information, it was forwarded to other departments and they will respond to you directly.

Case No: 28086229; Agency Case No: 2022R00620049



# BUSINESS RECORDS DECLARATION

I, Jeanine Porterfield, am over the age of eighteen and I declare that I am employed by Wells Fargo Bank, N.A. ("Wells Fargo") in the Summons and Subpoenas Department and am a duly authorized and qualified witness to certify the authenticity of the attached documents and/or information produced pursuant to the legal order. Wells Fargo reserves the right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced. I certify that the attached records:

A) Were prepared by personnel of Wells Fargo in the ordinary course of business at or near the time of the acts, conditions or events described in the records; and

B) It was the ordinary course of business for Wells Fargo employees or representatives with knowledge of the act, event, or condition recorded to make the record or transmit the information therein to be included in such record.

C) The records attached are true and correct copies of the business records as maintained by Wells Fargo.

**The records produced are described as follows:**

Case number: 27985236

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---|---|
| Deposits with offsets | XXXXXX9310 | 2 | 2 |
| Deposits with offsets | XXXXXX9248 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Statements | XXXXXX9485 | 126 | 126 |
| Statements | XXXXXX7057 | 48 | 48 |
| Statements | XXXXXX7611 | 61 | 61 |
| Checks/Debits | XXXXXX9485 | 4 | 4 |
| Statements | XXXXXX9248 | 43 | 43 |
| Signature Cards | XXXXXX9485 | 2 | 2 |
| Checks/Debits | XXXXXX0638 | 1 | 1 |
| Note to Client | | 0 | 0 |
| Unable to locate depository accounts for the following individual within the timeframe requested, Laquettia Blanchard. | | | |
| Checks/Debits | XXXXXX9248 | 3 | 3 |
| Checks/Debits | XXXXXX6366 | 8 | 8 |
| Statements | XXXXXX0638 | 50 | 50 |
| Signature Cards | XXXXXX9310 | 6 | 6 |
| Deposits with offsets | XXXXXX7611 | 4 | 4 |
| Deposits with offsets | XXXXXX6366 | 7 | 7 |
| Statements | XXXXXX9310 | 73 | 73 |
| Signature Cards | XXXXXX0638 | 2 | 2 |
| Signature Cards | XXXXXX1402 | 5 | 5 |

Case No: 27985236; Agency Case No: 2022R00620049

WEB_003832

| | | | |
|---|---|---|---|
| Deposits with offsets | XXXXXX7057 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Checks/Debits | XXXXXX4220 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Note to Client | | 0 | 0 |
| Unable to locate the following account number with the information provided, 5775587040. | | | |
| Checks/Debits | XXXXXX7057 | 2 | 2 |
| Signature Cards | XXXXXX6366 | 3 | 3 |
| Deposits with offsets | XXXXXX0638 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Signature Cards | XXXXXX7611 | 4 | 4 |
| Note to Client | | 0 | 0 |
| Unable to locate the following individual with the information provided, Kaye Sampson. | | | |
| Signature Cards | XXXXXX7057 | 8 | 8 |
| Checks/Debits | XXXXXX7611 | 2 | 2 |
| Deposits with offsets | XXXXXX9485 | 5 | 5 |
| Deposits with offsets | XXXXXX4220 | 7 | 7 |
| Deposits with offsets | XXXXXX1402 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Signature Cards | XXXXXX9248 | 2 | 2 |
| Checks/Debits | XXXXXX1402 | 2 | 2 |
| Statements | XXXXXX4220 | 25 | 25 |
| Statements | XXXXXX6366 | 62 | 62 |
| Statements | XXXXXX1402 | 52 | 52 |
| Signature Cards | XXXXXX4220 | 3 | 3 |
| Checks/Debits | XXXXXX9310 | 1 | 1 |
| | | Total Copies Delivered: | 623 |

**Additional comments:**

The bank's standard record retention period is seven years.

Case No: 27985236; Agency Case No: 2022R00620049

WEB_003833

I declare under penalty of perjury under the law(s) of the state of Georgia that the foregoing is true and correct according to my knowledge and belief. Executed on this 3rd day of May, 2023, in the City of Charlotte, State of NORTH CAROLINA.

Subpoena Processing Representative

Image copies of requested transactions may be missing for the following reasons: Items not imaged, corrupted, blank, damaged, destroyed or not available, item(s) piggy-backed, electronic transaction(s). If the legal order requests certain types of loan information and other non-depository information, it was forwarded to other departments and they will respond to you directly.

## Declaration of Custodian of Records

Pursuant to 28 U.S.C. § 1746, I, the undersigned, hereby declare:

Serena Alvarez
(Name of Declarant)

I am a United States citizen and I am over eighteen years of age. I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

I am in receipt of a subpoena or other similar demand for documents requesting specified records of the business named below. Pursuant to Rules 902(11) and 803(6) of the Federal Rules of Evidence, I hereby certify that the records provided herewith and in response to the subpoena or other similar demand:

(1) were made at or near the time of the occurrence of the matters set forth in the records, by, or from information transmitted by, a person with knowledge of those matters;

(2) were kept in the course of regularly conducted business activity; and

(3) were made by the regularly conducted business activity as a regular practice.
I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 01, 2023.

*Serena Alvarez*

Serena Alvarez
Sr. Manager
Delivery Management, Delivery Operations
Early Warning Services , LLC
5801 N Pima Rd, Scottsdale, AZ 85250-2635

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO
## FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, _James Davidson_, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, attest that the information contained in this certification is true and correct. I am employed by _Atlanta Autos_ ("Company"), and my title is _Controller_. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of Company. The attached records consist generally of _Vehicle Sales records (Wortham)_. I further state that:

1. All records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of Company, and they were made by Company as a regular practice; and

2. To the extent the records were generated by an electronic process or system, such records were generated by Company's electronic process or system that produces an accurate result, to wit:

   a. The records were copied from electronic device/s, storage medium/s, or file/s in the custody of Company in a manner to ensure that they are true duplicates of the original records; and

   b. The process or system is regularly verified by Company, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Federal Rules of Evidence 902(11) and 902(13).

_4/28/25_
Date

Signature

2022R00620 - 027

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, _Michael T. Babcock_, under penalties of perjury by the laws of the

United States of America pursuant to 28 U.S.C. § 1746, attest that the information contained in

this certification is true and correct. I am employed by _Law Office of Kirsten Miller PC dba_ _GSM Attorneys formerly_

("Company"), and my title is _Attorney_. I am qualified to _Partnership Title Company_

authenticate the records attached hereto because I am familiar with how the records were created,

managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the

original records in the custody of Company. The attached records consist generally of

_closing documents related to the sale_ I further state that:
_of 4161 Weaver St SE, Smyrna, GA 30080_

1. All records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of Company, and they were made by Company as a regular practice; and

2. To the extent the records were generated by an electronic process or system, such records were generated by Company's electronic process or system that produces an accurate result, to wit:

    a. The records were copied from electronic device/s, storage medium/s, or file/s in the custody of Company in a manner to ensure that they are true duplicates of the original records; and

    b. The process or system is regularly verified by Company, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Federal Rules of Evidence 902(11) and 902(13).

_4/30/25_
Date

Signature

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, _Laurie Dorrough_, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, attest that the information contained in this certification is true and correct. I am employed by _Landmark Automotive Group_ ("Company"), and my title is _Office Manager_. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of Company. The attached records consist generally of _documents related to a vehicle purchase_ further state that:

1. All records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of Company, and they were made by Company as a regular practice; and

2. To the extent the records were generated by an electronic process or system, such records were generated by Company's electronic process or system that produces an accurate result, to wit:

   a. The records were copied from electronic device/s, storage medium/s, or file/s in the custody of Company in a manner to ensure that they are true duplicates of the original records; and

   b. The process or system is regularly verified by Company, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Federal Rules of Evidence 902(11) and 902(13).

_____          _____
Date                             Signature