IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

*v.*

BRITTANY HUDSON

CRIMINAL ACTION No.

1:23-CR-131-MLB

## United States' Supplemental Notice of Intent to Introduce Self-Authenticating Evidence at Trial, Pursuant to Federal Rule of Evidence 902

The United States hereby supplements its notice of intent to introduce self-authenticating evidence at trial.

### Notice

On December 22, 2025, the United States filed notice of its notice of intent to introduce self-authenticating evidence at trial, pursuant to Federal Rules of Evidence 902(11) and 803(6), and attached business record certifications to establish the authenticity of the bank and business records described therein. (Doc. 412).

The United States supplements its notice by providing additional bank and business records described below. During discovery, the United States provided Defendant Brittany Hudson with records concerning the following bank accounts and business records:

- JPMorgan Chase Credit Account No. x7630, held in the name of Brittany Hudson;

- JPMorgan Chase Credit Account No. x0192, held in the names of Brittany Hudson and Legend Express, LLC;

- Wells Fargo Bank Account No. x8853, held in the name of Legend Express, LLC;

- U.S. Bank Account No. x7071, held in the name of Kayricka L. Wortham; and

- Subscriber details for email address brhudson20@yahoo.com.

The United States also provided Hudson with a business record certification prepared by each financial institution and business listed above. Copies of those certifications are attached to this Notice.

These documents are admissible for the same reason set forth in our initial notice. Specifically, Federal Rule of Evidence 902(11) provides that certified domestic bank and business records are self-authenticating and require no extrinsic evidence of authenticity in order to be admitted if the following conditions are met:

> The original or a copy of a domestic record . . . meets the requirements of Rule 803(6)(A)-(C), as shown by a certification of the custodian or another qualified person. . . . Before the trial or hearing, the proponent must give an adverse party reasonable written notice of the intent to offer the record—and must make the record and certification available for inspection—so that the party has a fair opportunity to challenge them.

Fed. R. Evid. 902(11).

The business-records exception to the hearsay rule is set forth in Federal Rule of Evidence Rule 803(6), which states that records of a regularly conducted

activity are not excluded by the rule against hearsay, regardless of whether the declarant is available as a witness, if the following conditions are met:

(A)    the record was made at or near the time by — or from information transmitted by — someone with knowledge;

(B)    the record was kept in the course of a regularly conducted activity of a business, organization, occupation, or calling, whether or not for profit;

(C)    making the record was a regular practice of that activity;

(D)    all these conditions are shown by the testimony of the custodian or another qualified witness, or by a certification that complies with Rule 902(11) or (12) or with a statute permitting certification; and

(E)    the opponent does not show that the source of information or the method or circumstances of preparation indicate a lack of trustworthiness.

Fed. R. Evid. 803(6).

The Eleventh Circuit has expressly held that "Rule 902(11) permits a party to authenticate business records with a written declaration of a records custodian or other qualified person" where, as here, the party offering the records into evidence provides notice of its intent to rely on Rule 902(11) and "makes the record[s] and declaration[s] available for inspection sufficiently in advance of [offering the records] into evidence." *United States v. Lezcano*, 296 F. App'x 800, 807-08 (11th Cir. 2008) (rejecting defendant's claim that it was improper to admit business records without a live witness to explain their relevance, and calling defendant's argument to the contrary "meritless"); *see also United States v.*

*Wrubleski*, 707 F. App'x 650, 655 (11th Cir. 2017) (affirming district court's decision to permit government to use Rule 902(11) certifications to authenticate business records).

Respectfully submitted,

THEODORE S. HERTZBERG
*United States Attorney*

/s/ STEPHEN H. MCCLAIN
*Assistant United States Attorney*
GEORGIA BAR NO. 143186

/s/ ANGELA ADAMS
*Assistant United States Attorney*
GEORGIA BAR NO. 613114

**CERTIFICATE OF SERVICE**

The United States Attorney's Office filed this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record, and by causing a copy to be sent by Federal Express:

Brittany Hudson 24309-510
Robert A. Deyton Detention Center
11866 Hastings Bridge Road
Lovejoy, GA 30250

Dated January 16, 2025

/S/ ANGELA ADAMS
ASSISTANT UNITED STATES ATTORNEY
GEORGIA BAR NO. 613114

600 U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303
(404) 581-6000

## DECLARATION

### Case No. : 2022R00620, 2022R000620-026

Tammy Neathery, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 14800 Frye Road, Fort Worth, Texas 76155.

3. I am a  Transactions Specialist III  and Custodian of Records for JPMorgan Chase Bank, N.A. (hereinafter referred to as the "Bank") in the National Subpoena Processing Department located in Fort Worth, Texas.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from information transmitted by a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of Texas, that the foregoing is true and correct.

Dated: 08/24/2022

By: *Tammy Neathery*
Tammy Neathery
Transactions Specialist III
JPMORGAN CHASE BANK, N.A.

SB1356181-F1

SUBP52a



Summons and Subpoenas Department
PO Box 1415 MAC #D1111-016
Charlotte, NC 28201
Voice: 480-724-2000

# BUSINESS RECORDS DECLARATION

I, Desmond Broadnax, am over the age of eighteen and I declare that I am employed by Wells Fargo Bank, N.A. ("Wells Fargo") in the Summons and Subpoenas Department and am a duly authorized and qualified witness to certify the authenticity of the attached documents and/or information produced pursuant to the legal order. Wells Fargo reserves the right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced. I certify that the attached records:

A) Were prepared by personnel of Wells Fargo in the ordinary course of business at or near the time of the acts, conditions or events described in the records; and

B) It was the ordinary course of business for Wells Fargo employees or representatives with knowledge of the act, event, or condition recorded to make the record or transmit the information therein to be included in such record.

C) The records attached are true and correct copies of the business records as maintained by Wells Fargo.

**The records produced are described as follows:**

Case number: 30688003

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---:|---:|
| Signature Cards | XXXXXX1914 | 5 | 5 |
| Deposits with offsets | XXXXXX2220 | 2 | 2 |
| Signature Cards | XXXXXX4436 | 5 | 5 |
| Signature Cards | XXXXXX8146 | 5 | 5 |
| Wire Automated | XXXXXX8846 | 0 | 0 |
| Unable to locate records with the information provided. | | | |
| Checks/Debits | XXXXXX8846 | 56 | 56 |
| Wire Automated | XXXXXX6141 | 3 | 3 |
| Checks/Debits | XXXXXX6141 | 4 | 4 |
| Statements | XXXXXX1914 | 47 | 47 |
| Wire Automated | XXXXXX0136 | 4 | 4 |
| Signature Cards | XXXXXX2220 | 5 | 5 |
| Deposits with offsets | XXXXXX6117 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Signature Cards | XXXXXX5162 | 6 | 6 |
| Deposits with offsets | XXXXXX8146 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Checks/Debits | XXXXXX0136 | 1 | 1 |
| Statements | XXXXXX4436 | 61 | 61 |
| Statements | XXXXXX8146 | 23 | 23 |
| Statements | XXXXXX5162 | 72 | 72 |

Case No: 30688003; Agency Case No: 2022R00620049

| | | | |
|---|---|---|---|
| Checks/Debits | XXXXXX4436 | 1 | 1 |
| Wire Automated | XXXXXX2220 | 1 | 1 |
| Checks/Debits | XXXXXX8146 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Deposits with offsets | XXXXXX1914 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Deposits with offsets | XXXXXX0136 | 2 | 2 |
| Deposits with offsets | XXXXXX8853 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Statements | XXXXXX8853 | 44 | 44 |
| Checks/Debits | XXXXXX6117 | 1 | 1 |
| Signature Cards | XXXXXX8853 | 0 | 0 |
| Unable to locate records with the information provided. | | | |
| Statements | XXXXXX0136 | 49 | 49 |
| Deposits with offsets | XXXXXX4436 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Statements | XXXXXX6141 | 34 | 34 |
| Wire Automated | XXXXXX8853 | 1 | 1 |
| Checks/Debits | XXXXXX8853 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Statements | XXXXXX6117 | 46 | 46 |
| Checks/Debits | XXXXXX2238 | 1 | 1 |
| Checks/Debits | XXXXXX2220 | 11 | 11 |
| Deposits with offsets | XXXXXX5162 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Statements | XXXXXX2220 | 30 | 30 |
| Signature Cards | XXXXXX0136 | 3 | 3 |
| Wire Automated | XXXXXX4436 | 0 | 0 |
| Unable to locate records with the information provided. | | | |
| Signature Cards | XXXXXX6117 | 5 | 5 |
| Wire Automated | XXXXXX1914 | 3 | 3 |
| Wire Automated | XXXXXX8146 | 0 | 0 |
| Unable to locate records with the information provided. | | | |
| Wire Automated | XXXXXX6117 | 0 | 0 |

Case No: 30688003; Agency Case No: 2022R00620049

| | | | |
|---|---|---|---|
| Unable to locate records with the information provided. | | | |
| Statements | XXXXXX2238 | 0 | 0 |
| Unable to locate records with the information provided. | | | |
| Wire Automated | XXXXXX5162 | 0 | 0 |
| Unable to locate records with the information provided. | | | |
| Deposits with offsets | XXXXXX2238 | 2 | 2 |
| Signature Cards | XXXXXX2238 | 0 | 0 |
| Unable to locate records with the information provided. | | | |
| Statements | XXXXXX8846 | 35 | 35 |
| Signature Cards | XXXXXX8846 | 5 | 5 |
| Wire Automated | XXXXXX2238 | 0 | 0 |
| Unable to locate records with the information provided. | | | |
| Checks/Debits | XXXXXX5162 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Checks/Debits | XXXXXX1914 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Deposits with offsets | XXXXXX6141 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Deposits with offsets | XXXXXX8846 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Signature Cards | XXXXXX6141 | 0 | 0 |
| Unable to locate records with the information provided. | | | |
| **Total Copies Delivered:** | | | **573** |

**Additional comments:**

The bank's standard record retention period is seven years.

I declare under penalty of perjury under the law(s) of the state of Georgia that the foregoing is true and correct according to my knowledge and belief.   Executed on this 19th day of April, 2025, in the City of Charlotte, State of NORTH CAROLINA.

_Desmond Broxton_
Subpoena Processing Representative

Image copies of requested transactions may be missing for the following reasons:  Items not imaged, corrupted, blank, damaged, destroyed or not available, item(s) piggy-backed, electronic transaction(s).  If the legal order requests certain types of loan information and other non-depository information, it was forwarded to other departments and they will respond to you directly.

## CERTIFICATION OF CUSTODIAN OF RECORDS

STATE OF MINNESOTA   )
                        )  ss.
COUNTY OF HENNEPIN   )

      I, Tracee Jandt, declare and state as follows:

      1.     I am the Legal Records Coordinator of U.S. Bank National Association, a corporation duly organized and existing under the laws of the United States, with offices at 800 Nicollet Mall, Minneapolis, Minnesota 55402, and as such have been designated as the Custodian of Records for the purpose of responding to the attached Subpoena Duces Tecum.

      2.     The documents delivered with this Certification in response to the Subpoena Duces Tecum represent true and correct copies of documents which are in our files. These records were prepared in the ordinary course of business at or near the time of the act, condition or event.

      3.     The documents delivered together with this Certification represent a complete response to the Subpoena Duces Tecum as of this date. A reasonable search has been performed to locate all documents which fall within the purview of the Subpoena Duces Tecum, and I am not aware of the existence of any further documents which would fall within the boundaries of the Subpoena Duces Tecum.

      DATED this __18th__ day of __August_____, 20_22_ .

                        /s/ Tracee Jandt
                        Custodian of Records

Gr Jr No. 2022R00620-009

US Bank File #S2022-09073

**Request for information regarding:**                    **brhudson20@yahoo.com**

I, Maria Abruzzini, declare:

1. I am a Custodian of Records for Yahoo Inc. (Yahoo), located in California. I am authorized to submit this declaration on behalf of Yahoo. I make this declaration in response to a court order dated August 29, 2025 ("the request") issued in the above-referenced matter. I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2. Attached hereto are true and correct copies of the following data in the custody of Yahoo pertaining to the relevant user account responsive to the request: (1) subscriber details and (2) the dates, times, and Internet protocol addresses for logins and authentication events (if any). I further state that:

   a. Yahoo's servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted, and this data is kept in the course of this regularly conducted business activity, and was made by Yahoo Inc. as a regular practice;

   b. Such records were generated by Yahoo's electronic processing system(s) that produced an accurate result; and

   c. The records were copied from electronic device(s), storage medium(s), or file(s) in the custody of Yahoo Inc. in a manner to ensure that they are true copies of the original records.

3. I further state that this declaration is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

4. Yahoo may not require or verify user information because it offers many of its services to users for free. The file folder names and structures contained in this production are not business records. To the extent any document attached hereto contained information that exceeded the scope of the request, is protected from disclosure, or is otherwise not subject to production, such information has been redacted or otherwise removed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: ___November 25, 2025_____                    _____
                                                                        Maria Abruzzini, Custodian of Records

