FILED IN OPEN COURT
U.S.D.C. - Atlanta

MAR 13 2026

KEVIN P. WEIMER, Clerk
By: J. Kelley  Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRITTANY HUDSON | CRIMINAL ACTION NUMBER<br>1:23-CR-131-MLB-RDC |

## VERDICT FORM

1. As to Count 1, we, the Jury, find the Defendant, Brittany Hudson,

    __✓__ GUILTY.

    _____ NOT GUILTY.


2. As to Count 2, we, the Jury, find the Defendant, Brittany Hudson,

    __✓__ GUILTY.

    _____ NOT GUILTY.


3. As to Count 3, we, the Jury, find the Defendant, Brittany Hudson,

    __✓__ GUILTY.

    _____ NOT GUILTY.

4.     As to Count 4, we, the Jury, find the Defendant, Brittany Hudson,

       ✓ GUILTY.

       ___ NOT GUILTY.

5.     As to Count 5, we, the Jury, find the Defendant, Brittany Hudson,

       ✓ GUILTY.

       ___ NOT GUILTY.

6.     As to Count 6, we, the Jury, find the Defendant, Brittany Hudson,

       ✓ GUILTY.

       ___ NOT GUILTY.

7.     As to Count 7, we, the Jury, find the Defendant, Brittany Hudson,

       ✓ GUILTY.

       ___ NOT GUILTY.

8.     As to Count 8, we, the Jury, find the Defendant, Brittany Hudson,

       ✓ GUILTY.

       ___ NOT GUILTY.

9. As to Count 9, we, the Jury, find the Defendant, Brittany Hudson,

   ✓ GUILTY.

   ___ NOT GUILTY.

10. As to Count 10, we, the Jury, find the Defendant, Brittany Hudson,

    ✓ GUILTY.

    ___ NOT GUILTY.

11. As to Count 11, we, the Jury, find the Defendant, Brittany Hudson,

    ✓ GUILTY.

    ___ NOT GUILTY.

12. As to Count 12, we, the Jury, find the Defendant, Brittany Hudson,

    ✓ GUILTY.

    ___ NOT GUILTY.

13. As to Count 13, we, the Jury, find the Defendant, Brittany Hudson,

    ✓ GUILTY.

    ___ NOT GUILTY.

14. As to Count 14, we, the Jury, find the Defendant, Brittany Hudson,

    ✓ GUILTY.

    ____ NOT GUILTY.

15. As to Count 15, we, the Jury, find the Defendant, Brittany Hudson,

    ✓ GUILTY.

    ____ NOT GUILTY.

16. As to Count 16, we, the Jury, find the Defendant, Brittany Hudson,

    ✓ GUILTY.

    ____ NOT GUILTY.

17. As to Count 17, we, the Jury, find the Defendant, Brittany Hudson,

    ✓ GUILTY.

    ____ NOT GUILTY.

18. As to Count 18, we, the Jury, find the Defendant, Brittany Hudson,

    ✓ GUILTY.

    ____ NOT GUILTY.

19. As to Count 19, we, the Jury, find the Defendant, Brittany Hudson,

    ✓ GUILTY.

    ___ NOT GUILTY.

20. As to Count 20, we, the Jury, find the Defendant, Brittany Hudson,

    ✓ GUILTY.

    ___ NOT GUILTY.

21. As to Count 21, we, the Jury, find the Defendant, Brittany Hudson,

    ✓ GUILTY.

    ___ NOT GUILTY.

22. As to Count 22, we, the Jury, find the Defendant, Brittany Hudson,

    ✓ GUILTY.

    ___ NOT GUILTY.

23. As to Count 23, we, the Jury, find the Defendant, Brittany Hudson,

    ✓ GUILTY.

    ___ NOT GUILTY.

24. As to Count 24, we, the Jury, find the Defendant, Brittany Hudson,

    ✓ GUILTY.

    ____ NOT GUILTY.

25. As to Count 25, we, the Jury, find the Defendant, Brittany Hudson,

    ✓ GUILTY.

    ____ NOT GUILTY.

26. As to Count 26, we, the Jury, find the Defendant, Brittany Hudson,

    ✓ GUILTY.

    ____ NOT GUILTY.

27. As to Count 27, we, the Jury, find the Defendant, Brittany Hudson,

    ✓ GUILTY.

    ____ NOT GUILTY.

28. As to Count 28, we, the Jury, find the Defendant, Brittany Hudson,

    ✓ GUILTY.

    ____ NOT GUILTY.

29. As to Count 29, we, the Jury, find the Defendant, Brittany Hudson,

    ✓ GUILTY.

    ___ NOT GUILTY.


30. As to Count 30, we, the Jury, find the Defendant, Brittany Hudson,

    ✓ GUILTY.

    ___ NOT GUILTY.


SO SAY WE ALL.

_March 13, 2026_  
Date

_Bruce Thompson_  
Foreperson