IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRITTANY HUDSON | Criminal Action No.<br><br>1:23-CR-00131-MLB-RDC |

## SPECIAL VERDICT FORM FOR FORFEITURE

**1.**

We, the jury, unanimously find by a preponderance of the evidence that the $79,374.83 in funds seized from Truist Bank account number ending 2938 is money that constitutes, or was derived from, the proceeds that the Defendant obtained directly or indirectly as a result of the crime(s) charged in the following Count(s):

Count 1 ___✓___ Yes _____ No

Count 2 ___✓___ Yes _____ No

Count 3 ___✓___ Yes _____ No

Count 4 ___✓___ Yes _____ No

Count 5 ___✓___ Yes _____ No

Count 6 ___✓___ Yes _____ No

Count 7 ___✓___ Yes _____ No

Count 8 ___✓___ Yes _____ No

Count 9 ___✓___ Yes _____ No

Count 10 ___✓___ Yes _____ No

Count 11 ___✓___ Yes _____ No

Count 12 ✓ Yes _____ No
Count 13 ✓ Yes _____ No
Count 14 ✓ Yes _____ No
Count 15 ✓ Yes _____ No
Count 16 ✓ Yes _____ No

### 2.

We, the jury, unanimously find by a preponderance of the evidence that the real property located at 4161 Weaver Street Southeast, Smyrna Georgia 30080 constitutes, or was derived from, the proceeds that the Defendant obtained directly or indirectly as a result of the crime(s) charged in the following Count(s):

Count 1 ✓ Yes _____ No
Count 2 ✓ Yes _____ No
Count 3 ✓ Yes _____ No
Count 4 ✓ Yes _____ No
Count 5 ✓ Yes _____ No
Count 6 ✓ Yes _____ No
Count 7 ✓ Yes _____ No
Count 8 ✓ Yes _____ No
Count 9 ✓ Yes _____ No
Count 10 ✓ Yes _____ No
Count 11 ✓ Yes _____ No
Count 12 ✓ Yes _____ No
Count 13 ✓ Yes _____ No

Count 14   ✓  Yes   _____ No

Count 15   ✓  Yes   _____ No

Count 16   ✓  Yes   _____ No

3.

We, the jury, unanimously find by a preponderance of the evidence that the real property located at 4161 Weaver Street Southeast, Smyrna Georgia 30080 is property that was involved in or traceable to the crime(s) charged in the following Count(s):

Count 17   ✓  Yes   _____ No

Count 19   ✓  Yes   _____ No

Count 20   ✓  Yes   _____ No

**SO SAY WE ALL.**

Signed and dated at the United States Courthouse, Atlanta, Georgia, this __13th__ day of March, 2026.

Jury Foreperson's Signature: _____Bru Thp_____

Jury Foreperson's Printed Name: _____Bruce Thompson_____