IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*v.*<br>BRITTANY HUDSON | Criminal Action No.<br>1:23-CR-131-MLB |

**Government's Notice of Filing Redacted Trial Exhibits**

The United States of America, by Theodore S. Hertzberg, United States Attorney, and Stephen H. McClain and Angela Adams, Assistant United States Attorneys for the Northern District of Georgia, files this Notice of Filing Redacted Trial Exhibits.

Each of the exhibits listed below were admitted during the trial of this case, from March 9, 2026, through March 13, 2026. Unredacted versions of the exhibits have been filed under seal. The Government hereby files redacted versions for the public docket:

100, 100A, 100B, 101, 101A, 102, 102A, 103, 104, 104A, 105, 106, 107, 107A, 107B, 108, 109, 110, 111, 112, 113, 114, 115, 116, 117, 118, 119, 120, 121, 122, 123, 124, 125, 126, 127, 128, 129, 130, 131, 132, 133, 134, 135, 136, 137, 138, 139, 140, 141, 142, 143, 144, 145, 146, 147, 148, 200A, 201D, 307, 320, 327, 334, 336, 338, 347, 347A, 348, 349, 350, 351, 353, 400, 401, 402, 403, and 404.

Respectfully submitted,

THEODORE S. HERTZBERG
*United States Attorney*

/s/ANGELA ADAMS
*Assistant United States Attorney*
Georgia Bar No. 613114
Angela.Adams@usdoj.gov

600 U.S. Courthouse, 75 Ted Turner Drive S.W., Atlanta, GA 30303
(404) 581-6000 fax (404) 581-6181

## Certificate of Service

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record, and by mailing a copy with sufficient postage to:

Brittany Hudson 24309-510
Robert A. Deyton Detention Center
11866 Hastings Bridge Road
Lovejoy, GA 30250

April 8, 2026

/s/ ANGELA ADAMS
ANGELA ADAMS
*Assistant United States Attorney*